**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| ORCHIDS PAPER PRODUCTS COMPANY, *et al.*,[1] | Case No. 19-10729 (MFW) |
| Debtors. | Jointly Administered |

**NOTICE OF AGENDA OF MATTERS SCHEDULED**
**FOR HEARING ON MAY 1, 2019 AT 10:30 A.M. (ET)**

**MATTERS GOING FORWARD**

1.    Motion of Debtors for Interim and Final Orders Authorizing (I) Continued Use of Existing Cash Management System, Including Maintenance of Existing Bank Accounts, Checks, and Business Forms, and (II) Continuation of Existing Deposit Practices [Docket No. 6; Filed: 4/1/2019]

Objection Deadline:          April 24, 2019 at 4:00 p.m. (extended for various parties)

Related Document(s):

a)    Interim Order Authorizing (I) Continued Use of Existing Cash Management System, Including Maintenance of Existing Bank Accounts, Checks, and Business Forms, and (II) Continuation of Existing Deposit Practices and Related Relief [Docket No. 35; Entered: 4/3/2019]

b)    Omnibus Notice of Pleadings and Hearing Thereon [Docket No. 45; Filed: 4/4/2019]

Response(s) Received:          Informal response from the Office of the United States Trustee

Status:          This matter will go forward on a final basis.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are Orchids Paper Products Company, a Delaware corporation (6944), Orchids Paper Products Company of South Carolina, a Delaware corporation (7198), and Orchids Lessor SC, LLC, a South Carolina limited liability company (7298). The location of the Debtors' mailing address is 201 Summit View Drive, Suite 110, Brentwood, Tennessee 37027.

2.    Motion of Debtors for Entry of Interim and Final Orders Authorizing Payment of (I) Certain Prepetition Workforce Claims, Including Wages, Salaries, and Other Compensation, (II) Certain Employee Benefits and Confirming Right to Continue Employee Benefits on Postpetition Basis, (III) Reimbursement to Employees for Prepetition Expenses, (IV) Withholding and Payroll-Related Taxes, (V) Workers' Compensation Obligations, and (VI) Prepetition Claims Owing to Administrators and Third-Party Providers [Docket No. 7; Filed: 4/1/2019]

Objection Deadline:        April 24, 2019 at 4:00 p.m. (extended for various parties)

Related Document(s):

    a)    Interim Order Authorizing Payment of (I) Certain Prepetition Workforce Claims, Including Wages, Salaries, and Other Compensation, (II) Certain Employee Benefits and Confirming Right to Continue Employee Benefits on Postpetition Basis, (III) Reimbursement to Employees for Prepetition Expenses, (IV) Withholding and Payroll-Related Taxes, (V) Workers' Compensation Obligations, and (VI) Prepetition Claims Owing to Administrators and Third-Party Providers [Docket No. 36; Entered: 4/3/2019]

    b)    Omnibus Notice of Pleadings and Hearing Thereon [Docket No. 45; Filed: 4/4/2019]

Response(s) Received:        Informal responses from the Office of the United States Trustee and the Official Committee of Unsecured Creditors

Status:        This matter will go forward on a final basis.

3.    Motion of Debtors for Entry of Interim and Final Orders (I) Prohibiting Utility Providers from Altering, Refusing, or Discontinuing Service, (II) Approving the Debtors' Proposed Adequate Assurance of Payment for Postpetition Services, and (III) Establishing Procedures for Resolving Requests for Additional Adequate Assurance of Payment [Docket No. 8; Filed: 4/1/2019]

Objection Deadline:        April 24, 2019 at 4:00 p.m.  (extended for various parties)

Related Document(s):

    a)    Interim Order (I) Prohibiting Utility Providers from Altering, Refusing, or Discontinuing Service; (II) Approving the Debtors' Proposed Adequate Assurance of Payment for Postpetition Services; and (III) Establishing Procedures for Resolving Requests for Additional Adequate Assurance of Payment [Docket No. 37; Entered: 4/3/2019]

    b)    Omnibus Notice of Pleadings and Hearing Thereon [Docket No. 45; Filed: 4/4/2019]

Response(s) Received:    Informal responses from the Office of the United States Trustee; City of Barnwell, South Carolina; and SCE&G

Status:    The Debtors continue to negotiate with the City of Barnwell and SCE&G with respect to the proposed adequate assurance deposits only. This matter will go forward on a final basis.

4.    Motion of Debtors for Interim and Final Orders Authorizing the Debtors to Maintain and Administer Existing Customer Programs and Honor Certain Prepetition Obligations Related Thereto [Docket No. 13; Filed: 4/1/2019]

Objection Deadline:    April 24, 2019 at 4:00 p.m. (extended for various parties)

Related Document(s):

    a)    Interim Order Authorizing the Debtors to Maintain and Administer Existing Customer Programs and Honor Certain Prepetition Obligations Related Thereto [Docket No. 39; Entered: 4/3/2019]

    b)    Omnibus Notice of Pleadings and Hearing Thereon [Docket No. 45; Filed: 4/4/2019]

Response(s) Received:    Informal responses from the Office of the United States Trustee and the Official Committee of Unsecured Creditors

Status:    This matter will go forward on a final basis.

5.    Motion of Debtors for Interim and Final Orders Authorizing the Debtors to Pay Prepetition Claims of Freight Forwarders, Carriers, Warehousemen and Similar Claims [Docket No. 14; Filed: 4/1/2019]

Objection Deadline:    April 24, 2019 at 4:00 p.m. (extended for various parties)

Related Document(s):

    a)    Interim Order Authorizing the Debtors to Pay Prepetition Claims of Freight Forwarders, Carriers, Warehousemen and Similar Claimants [Docket No. 34; Entered: 4/3/2019]

    b)    Omnibus Notice of Pleadings and Hearing Thereon [Docket No. 45; Filed: 4/4/2019]

Response(s) Received:    Informal responses from the Office of the United States Trustee and the Official Committee of Unsecured Creditors

Status:    This matter will go forward on a final basis.

6.    Motion of Debtors for Entry of Interim and Final Orders Authorizing Payment of Prepetition Obligations Owed to Critical Vendors [Docket No. 17; Filed: 4/1/2019]

    Objection Deadline:    April 24, 2019 at 4:00 p.m. (extended for various parties)

    Related Document(s):

        a)    Interim Order Authorizing Payment of Prepetition Obligations Owed to Critical Vendors [Docket No. 40; Entered: 4/3/2019]

        b)    Omnibus Notice of Pleadings and Hearing Thereon [Docket No. 45; Filed: 4/4/2019]

        c)    Declaration of Eric Diring in Further Support of the Motion of the Debtors to Pay Prepetition Obligations Owed to Critical Vendors [Docket No. 89; Filed: 4/29/2019]

    Response(s) Received:    Informal responses from the Office of the United States Trustee and Official Committee of Unsecured Creditors

    Status:    This matter will go forward on a final basis.

7.    Motion of Debtors for Entry of Interim and Final Orders Pursuant to 11 U.S.C. §§ 105, 361, 362, 363, 364 and 507, Bankruptcy Rules 2002, 4001, 6004 and 9014 and Local Bankruptcy Rules 2002-1, 4001-1, 4001-2 and 6004-1 (I) Authorizing the Debtors to Obtain Postpetition Senior Secured Superpriority Financing, (II) Authorizing the Debtors' Limited Use of Cash Collateral, (III) Granting Adequate Protection to the Prepetition Secured Parties, (IV) Scheduling a Final Hearing, and (V) Granting Related Relief [Docket No. 18; Filed: 4/1/2019]

    Objection Deadline:    April 24, 2019 at 4:00 p.m. (extended for various parties)

    Related Document(s):

        a)    Interim Order Pursuant to 11 U.S.C. Sections 105, 361, 362, 363, 364 and 507, Bankruptcy Rules 2002, 4001, 6004 and 9014 and Local Bankruptcy Rules 2002-1, 4001-1, 4001-2 and 6004-1 (I) Authorizing the Debtors to Obtain Postpetition Senior Secured Superpriority Financing, (II) Authorizing the Debtors' Limited Use of Cash Collateral, (III) Granting Adequate Protection to the Prepetition Secured Parties, (IV) Scheduling a Final Hearing, and (V) Granting Related Relief [Docket No. 44; Entered: 4/4/2019]

        b)    Omnibus Notice of Pleadings and Hearing Thereon [Docket No. 45; Filed: 4/4/2019]

Response(s) Received:

a)      Limited Objection of M3 Construction, Inc. to Motion of Debtors for Entry of Orders Pursuant to 11 U.S.C. §§ 105, 361, 362, 363, 364 and 507, Bankruptcy Rules 2002, 4001, 6004 and 9014 and Local Bankruptcy Rules 2002-1, 4001-1, 4001-2 and 6004-1 (I) Authorizing the Debtors to Obtain Postpetition Senior Secured Superpriority Financing, (II) Authorizing the Debtors' Limited Use of Cash Collateral, (III) Granting Adequate Protection to the Prepetition Secured Parties, (IV) Scheduling a Final Hearing, and (V) Granting Related Relief [Docket No. 77; Filed: 4/24/2019]

b)      Objection of the Official Committee of Unsecured Creditors to the Motion of the Debtors for Entry of Interim and Final Orders Pursuant to 11 U.S.C. §§ 105, 361, 362, 363, 364 and 507, Bankruptcy Rules 2002, 4001, 6004 and 9014 and Local Bankruptcy Rules 2002-1, 4001-1, 4001-2 and 6004-1 (I) Authorizing the Debtors to Obtain Postpetition Senior Secured Superpriority Financing, (II) Authorizing The Debtors Limited Use of Cash Collateral, (III) Granting Adequate Protection to Prepetition Secured Parties, (IV) Scheduling a Final Hearing, and (V) Granting Related Relief [Docket No. 87; Filed: 4/26/2019]

c)      Informal response from the Office of the United States Trustee

Status:      This matter will go forward on a final basis.

8.      Motion of Debtors for Entry of an Order (I) Authorizing the Debtors to Reject the Contract with Guggenheim Securities, LLC, *Nunc Pro Tunc* to the Petition Date, and (II) Granting Related Relief [Docket No. 24; Filed: 4/1/2019]

Objection Deadline:      April 18, 2019 at 4:00 p.m. (extended for various parties)

Related Document(s):

a)      Notice of Motion of Debtors for Entry of an Order (I) Authorizing the Debtors to Reject the Contract with Guggenheim Securities, LLC, *Nunc Pro Tunc* to the Petition Date, and (II) Granting Related Relief [Docket No. 46; Filed: 4/4/2019]

Response(s) Received:      Informal response from the Office of the United States Trustee

Status:      This matter will go forward.

9.      Motion of Debtors for Entry of (I) an Order (A) Approving Bid Procedures in Connection with the Potential Sale of Substantially All of the Debtors' Assets, (B) Scheduling an Auction and a Sale Hearing, (C) Approving the Form and Manner of Notice Thereof, (D) Authorizing the Debtors to Enter Into the Option Agreement and the Stalking Horse Agreement, (E) Approving Bid Protections, (F) Approving Procedures for the Assumption and Assignment of Contracts and Leases, and (G) Granting Related Relief; and (II) an Order (A) Approving the Sale of Substantially All of the Debtors' Assets Free and Clear of All Liens, Claims, Encumbrances, and Interests, (B) Authorizing the Assumption and Assignment of Contracts and Leases, and (C) Granting Related Relief [Docket No. 25; Filed: 4/1/2019]

Objection Deadline:          April 24, 2019 at 4:00 p.m. (extended for various parties)

Related Document(s):

a)      Notice of Motion of Debtors for Entry of (I) an Order (A) Approving Bid Procedures in Connection with the Potential Sale of Substantially All of the Debtors' Assets, (B) Scheduling an Auction and a Sale Hearing, (C) Approving the Form and Manner of Notice Thereof, (D) Authorizing the Debtors to Enter Into the Option Agreement and the Stalking Horse Agreement, (E) Approving Bid Protections, (F) Approving Procedures for the Assumption and Assignment of Contracts and Leases, and (G) Granting Related Relief; and (II) an Order (A) Approving the Sale of Substantially All of the Debtors' Assets Free and Clear of All Liens, Claims, Encumbrances, and Interests, (B) Authorizing the Assumption and Assignment of Contracts and Leases, and (C) Granting Related Relief [Docket No. 47; Filed: 4/4/2019]

Response(s) Received:

a)      Limited Objection of M3 Construction, Inc. to Debtors' Motion for an Order Approving Bid Procedures in Connection with the Potential Sale of Substantially All of the Debtors' Assets [Docket No. 78; Filed: 4/24/2019]

b)      Objection of the United States Trustee to the Motion of Debtors for Entry of (I) an Order (A) Approving Bid Procedures in Connection with the Potential Sale of Substantially All of the Debtors Assets, (B) Scheduling an Auction and a Sale Hearing, (C) Approving the Form and Manner of Notice Thereof, (D) Authorizing the Debtors to Enter into the Option Agreement and the Stalking Horse Agreement, (E) Approving Bid Protections, (F) Approving Procedures for the Assumption and Assignment Of Contracts and Leases, and (G) Granting Related Relief; and (II) an Order (A) Approving the Sale of Substantially All of the Debtors Assets Free and Clear Of All Liens, Claims, Encumbrances, and Interests, (B) Authorizing the Assumption and Assignment of Contracts and Leases, and (C) Granting Related Relief [Docket No. 79; Filed: 4/24/2019]

       c)      Objection of the Official Committee of Unsecured Creditors to the Motion of Debtors For Entry of (I) An Order (A) Approving Bid Procedures In Connection with the Potential Sale of Substantially all of the Debtors Assets, (B) Scheduling an Auction and a Sale Hearing, (C) Approving the Form and Manner of Notice Thereof, (D) Authorizing the Debtors to Enter into the Option Agreement and the Stalking Horse Agreement, (E) Approving Bid Protections, (F) Approving Procedures for the Assumption and Assignment of Contracts and Leases, and (G) Granting Related Relief; and (II) An Order (A) Approving the Sale of Substantially All of the Debtors Assets Free and Clear of All Liens, Claims, Encumbrances, and Interests, (B) Authorizing the Assumption and Assignment of Contracts and Leases and (C) Granting Related Relief [Docket No. 86; Filed: 4/26/2019]

Status:      This matter will go forward with respect to approval of bidding procedures.

10.    Motion of Debtors for Entry of Interim and Final Orders Enforcing the Protections of Section 362, 365, 525 and 541(c) of the Bankruptcy Code Pursuant to Section 105 of the Bankruptcy Code [Docket No. 30; Filed: 4/2/2019]

Objection Deadline:      April 18, 2019 at 4:00 p.m. (extended for various parties)

Related Document(s):

       a)      Notice of Motion of Debtors for Entry of Interim and Final Orders Enforcing the Protections of Section 362, 365, 525 and 541(c) of the Bankruptcy Code Pursuant to Section 105 of the Bankruptcy Code [Docket No. 48; Filed: 4/4/2019]

Response(s) Received:      Informal responses from the Office of the United States Trustee and the United States of America (Department of Justice)

Status:      This matter will go forward.

11.    Motion of Debtors for Entry of an Order Extending Time for Filing Schedules of Assets and Liabilities and Statement of Financial Affairs [Docket No. 54; Filed: 4/10/2019]

Objection Deadline:      April 24, 2019 at 4:00 p.m. (extended for various parties)

Related Document(s):      None.

Response(s) Received:      Informal response from the Office of the United States Trustee

Status:      This matter will go forward.

12.    Motion of Debtors for Entry of an Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals [Docket No. 55; Filed: 4/10/2019]

       Objection Deadline:        April 24, 2019 at 4:00 p.m. (extended for various parties)

       Related Document(s):       None.

       Response(s) Received:       Informal response from the Office of the United States Trustee

       Status:       This matter will go forward.

13.    Application of Debtors for Authority to Employ and Retain Polsinelli PC as Counsel to the Debtors *Nunc Pro Tunc* to the Petition Date [Docket No. 56; Filed: 4/10/2019]

       Objection Deadline:       April 24, 2019 at 4:00 p.m. (extended for various parties)

       Related Document(s):

       a)       Revised Declaration of Christopher A. Ward, Esq. in Support of the Application of Debtors for Authority to Employ and Retain Polsinelli PC as Counsel to the Debtors *Nunc Pro Tunc* to the Petition Date [Docket No. 92; Filed: 4/29/2019]

       b)       Declaration of Richard S. Infantino, Interim Chief Strategy Officer of Debtors,in Support of the Application of Debtors for Authority to Employ and Retain Polsinelli PC as Counsel to the Debtors *Nunc Pro Tunc* to the Petition Date [Docket No. 98; Filed: 4/29/2019]

       Response(s) Received:       Informal responses from the Office of the United States Trustee and the Official Committee of Unsecured Creditors

       Status:       This matter will go forward.

14.    Application of the Debtors, Pursuant to 11 U.S.C. §§ 327(a) and 328(a), Fed. R. Bankr. P. 2014 and 5002, and Del. Bankr. L.R. 2014-1 and 2016-2(h) for Entry of an Order (I) Authorizing Employment and Retention of Houlihan Lokey Capital, Inc. as Financial Advisor and Investment Banker for the Debtors *Nunc Pro Tunc* to the Petition Date  and (II) Modifying Certain Information Requirements of Del. Bankr. L.R. 2016-2 [Docket No. 57; Filed: 4/10/2019]

       Objection Deadline:       April 24, 2019 at 4:00 p.m. (extended for various parties)

Related Document(s):

     a)    Supplemental Declaration of Reid Snellenbarger in Support of the Application of the Debtors, Pursuant to 11 U.S.C. §§ 327(a) and 328(a), Fed. R. Bankr. P. 2014 and 5002, and Del. Bankr. L.R. 2014-1 and 2016-2(h) for Entry of an Order (I) Authorizing Employment and Retention of Houlihan Lokey Capital, Inc. as Financial Advisor and Investment Banker for the Debtors *Nunc Pro Tunc* to the Petition Date and (II) Modifying Certain Information Requirements of Del. Bankr. L.R. 2016-2 [Docket No. 90; Filed: 4/29/2019]

Response(s) Received:    Informal responses from the Office of the United States Trustee and the Official Committee of Unsecured Creditors

Status:    This matter will go forward.

15.    Motion of Debtors for Entry of an Order Authorizing the Retention and Payment of Certain Professionals Utilized by the Debtors in the Ordinary Course of Business [Docket No. 58; Filed: 4/10/2019]

Objection Deadline:    April 24, 2019 at 4:00 p.m. (extended for various parties)

Related Document(s):    None.

Response(s) Received:    Informal response from the Office of the United States Trustee

Status:    This matter will go forward.

16.    First Omnibus Motion for Entry of an Order (I) Authorizing the Debtors to Reject Certain Executory Contracts and Unexpired Leases, and (II) Granting Certain Related Relief [Docket No. 59; Filed: 4/10/2019]

Objection Deadline:    April 24, 2019 at 4:00 p.m. (extended for various parties)

Related Document(s):    None.

Response(s) Received:    Informal responses from the Office of the United States Trustee and Official Committee of Unsecured Creditors

Status:    This matter will go forward.

17.    Motion of Debtors for Entry of an Order Pursuant to 9019 of the Federal Rules of Bankruptcy Procedure Approving Settlement Agreement [Docket No. 60; Filed: 4/10/2019]

Objection Deadline:    April 24, 2019 at 4:00 p.m. (extended for various parties)

9

Related Document(s):        None.

Response(s) Received:       Informal response from the Office of the United States Trustee

Status:        This matter will go forward.

Dated: April 29, 2019                    Respectfully submitted,
       Wilmington, Delaware
                                         **POLSINELLI PC**

                                          */s/ Shanti M. Katona*
                                         Christopher A. Ward (Del. Bar No. 3877)
                                         Shanti M. Katona (Del. Bar No. 5352)
                                         Brenna A. Dolphin (Del. Bar No. 5604)
                                         222 Delaware Avenue, Suite 1101
                                         Wilmington, Delaware 19801
                                         Telephone: (302) 252-0920
                                         Facsimile: (302) 252-0921
                                         cward@polsinelli.com
                                         skatona@polsinelli.com
                                         bdolphin@polsinelli.com

                                         -and-

                                         Jerry L. Switzer, Jr. (Admitted *Pro Hac Vice*)
                                         150 N. Riverside Plaza, Suite 3000
                                         Chicago, Illinois 60606
                                         Telephone: (312) 819-1900
                                         Facsimile: (312) 819-1910
                                         jswitzer@polsinelli.com

                                         *Proposed Counsel to the Debtors and*
                                         *Debtors in Possession*