IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>ORCHIDS PAPER PRODUCTS COMPANY, *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 19-10729 (MFW)<br><br>Jointly Administered |

### *AMENDED*[2] NOTICE OF AGENDA OF MATTER SCHEDULED FOR HEARING ON MAY 30, 2019 AT 2:00 P.M. (ET)

**MATTER GOING FORWARD**

1. Motion of Debtors for Entry of Interim and Final Orders Pursuant to 11 U.S.C. §§ 105, 361, 362, 363, 364 and 507, Bankruptcy Rules 2002, 4001, 6004 and 9014 and Local Bankruptcy Rules 2002-1, 4001-1, 4001-2 and 6004-1 (I) Authorizing the Debtors to Obtain Postpetition Senior Secured Superpriority Financing, (II) Authorizing the Debtors' Limited Use of Cash Collateral, (III) Granting Adequate Protection to the Prepetition Secured Parties, (IV) Scheduling a Final Hearing, and (V) Granting Related Relief [Docket No. 18; Filed: 4/1/2019]

    Objection Deadline:    April 24, 2019 at 4:00 p.m. (extended for various parties)

    Related Document(s):

    a) Interim Order Pursuant to 11 U.S.C. Sections 105, 361, 362, 363, 364 and 507, Bankruptcy Rules 2002, 4001, 6004 and 9014 and Local Bankruptcy Rules 2002-1, 4001-1, 4001-2 and 6004-1 (I) Authorizing the Debtors to Obtain Postpetition Senior Secured Superpriority Financing, (II) Authorizing the Debtors' Limited Use of Cash Collateral, (III) Granting Adequate Protection to the Prepetition Secured Parties, (IV) Scheduling a Final Hearing, and (V) Granting Related Relief [Docket No. 44; Entered: 4/4/2019]

    b) Omnibus Notice of Pleadings and Hearing Thereon [Docket No. 45; Filed: 4/4/2019]

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are Orchids Paper Products Company, a Delaware corporation (6944), Orchids Paper Products Company of South Carolina, a Delaware corporation (7198), and Orchids Lessor SC, LLC, a South Carolina limited liability company (7298). The location of the Debtors' mailing address is 201 Summit View Drive, Suite 110, Brentwood, Tennessee 37027.

[2] **Amended items appear bold.**

68824678.1

    c)    Notice of Filing of Revised Proposed Clean and Blackline DIP Order [Docket No. 151; Filed: 5/9/2019]

    d)    Notice of Adjournment of Final DIP Hearing [Docket No. 173; Filed: 5/16/2019]

    e)    Notice of Deposition of Rich Newman [Docket No. 195; Filed: 5/28/2019]

    **f)**    **Deposition and Court Hearing Designations and Witness List in Connection with the Final Hearing on the Debtors' Motion for DIP Financing [Docket No. 199; Filed: 5/28/2019]**

    **g)**    **Notice of Filing of Revised Proposed Clean and Blackline DIP Order [Docket No. 202; Filed: 5/29/2019]**

Response(s) Received:

    a)    Limited Objection of M3 Construction, Inc. to Motion of Debtors for Entry of Orders Pursuant to 11 U.S.C. §§ 105, 361, 362, 363, 364 and 507, Bankruptcy Rules 2002, 4001, 6004 and 9014 and Local Bankruptcy Rules 2002-1, 4001-1, 4001-2 and 6004-1 (I) Authorizing the Debtors to Obtain Postpetition Senior Secured Superpriority Financing, (II) Authorizing the Debtors' Limited Use of Cash Collateral, (III) Granting Adequate Protection to the Prepetition Secured Parties, (IV) Scheduling a Final Hearing, and (V) Granting Related Relief [Docket No. 77; Filed: 4/24/2019]

    b)    Objection of the Official Committee of Unsecured Creditors to the Motion of the Debtors for Entry of Interim and Final Orders Pursuant to 11 U.S.C. §§ 105, 361, 362, 363, 364 and 507, Bankruptcy Rules 2002, 4001, 6004 and 9014 and Local Bankruptcy Rules 2002-1, 4001-1, 4001-2 and 6004-1 (I) Authorizing the Debtors to Obtain Postpetition Senior Secured Superpriority Financing, (II) Authorizing The Debtors Limited Use of Cash Collateral, (III) Granting Adequate Protection to Prepetition Secured Parties, (IV) Scheduling a Final Hearing, and (V) Granting Related Relief [Docket No. 87; Filed: 4/26/2019]

    c)    Joint Supplemental Objection of the Official Committee of Unsecured Creditors to the Motions of Debtors for Entry of Orders Approving Post Petition Financing and Bidding Procedures [Docket No. 155; Filed: 5/9/2019]

    d)    Informal response from the Office of the United States Trustee

Status:    This matter will go forward on a final basis.

68824678.1

Dated: May **29**, 2019  
   Wilmington, Delaware

Respectfully submitted,

**POLSINELLI PC**

 */s/ Shanti M. Katona*  
Christopher A. Ward (Del. Bar No. 3877)  
Shanti M. Katona (Del. Bar No. 5352)  
Brenna A. Dolphin (Del. Bar No. 5604)  
222 Delaware Avenue, Suite 1101  
Wilmington, Delaware 19801  
Telephone: (302) 252-0920  
Facsimile: (302) 252-0921  
cward@polsinelli.com  
skatona@polsinelli.com  
bdolphin@polsinelli.com

-and-

Jerry L. Switzer, Jr. (Admitted *Pro Hac Vice*)  
150 N. Riverside Plaza, Suite 3000  
Chicago, Illinois 60606  
Telephone: (312) 819-1900  
Facsimile: (312) 819-1910  
jswitzer@polsinelli.com

*Counsel to the Debtors and*  
*Debtors in Possession*