**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>ORCHIDS PAPER PRODUCTS COMPANY, *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 19-10729 (MFW)<br><br>Jointly Administered |

**NOTICE OF AGENDA OF MATTERS SCHEDULED**
**FOR HEARING ON JULY 1, 2019 AT 11:30 A.M. (ET)**

**MATTERS GOING FORWARD**

1. Motion of Debtors for Entry of Interim and Final Orders Pursuant to 11 U.S.C. §§ 105, 361, 362, 363, 364 and 507, Bankruptcy Rules 2002, 4001, 6004 and 9014 and Local Bankruptcy Rules 2002-1, 4001-1, 4001-2 and 6004-1 (I) Authorizing the Debtors to Obtain Postpetition Senior Secured Superpriority Financing, (II) Authorizing the Debtors' Limited Use of Cash Collateral, (III) Granting Adequate Protection to the Prepetition Secured Parties, (IV) Scheduling a Final Hearing, and (V) Granting Related Relief [Docket No. 18; Filed: 4/1/2019]

   Objection Deadline: April 24, 2019 at 4:00 p.m. (extended for various parties)

   Related Document(s):

   a) Interim Order Pursuant to 11 U.S.C. Sections 105, 361, 362, 363, 364 and 507, Bankruptcy Rules 2002, 4001, 6004 and 9014 and Local Bankruptcy Rules 2002-1, 4001-1, 4001-2 and 6004-1 (I) Authorizing the Debtors to Obtain Postpetition Senior Secured Superpriority Financing, (II) Authorizing the Debtors' Limited Use of Cash Collateral, (III) Granting Adequate Protection to the Prepetition Secured Parties, (IV) Scheduling a Final Hearing, and (V) Granting Related Relief [Docket No. 44; Entered: 4/4/2019]

   b) Omnibus Notice of Pleadings and Hearing Thereon [Docket No. 45; Filed: 4/4/2019]

   c) Notice of Filing of Revised Proposed Clean and Blackline DIP Order [Docket No. 151; Filed: 5/9/2019]

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are Orchids Paper Products Company, a Delaware corporation (6944), Orchids Paper Products Company of South Carolina, a Delaware corporation (7198), and Orchids Lessor SC, LLC, a South Carolina limited liability company (7298). The location of the Debtors' mailing address is 201 Summit View Drive, Suite 110, Brentwood, Tennessee 37027.

d) Notice of Adjournment of Final DIP Hearing [Docket No. 173; Filed: 5/16/2019]

e) Notice of Deposition of Rich Newman [Docket No. 195; Filed: 5/28/2019]

f) Deposition and Court Hearing Designations and Witness List in Connection with the Final Hearing on the Debtors' Motion for DIP Financing [Docket No. 199; Filed: 5/28/2019]

g) Notice of Filing of Revised Proposed Clean and Blackline DIP Order [Docket No. 202; Filed: 5/29/2019]

h) Notice of Filing of Further Revised Proposed Clean and Blackline Final DIP Order [Docket No. 227; Filed: 6/11/2019]

i) Notice of Filing of Second Amendment to Option Agreement and Exercise of Option Under Option Agreement [Docket No. 237; Filed: 6/12/2019]

j) Further Interim Order Pursuant to 11 U.S.C. Sections 105, 361, 362, 363, 364 and 507, Bankruptcy Rules 2002, 4001, 6004 and 9014 and Local Bankruptcy Rules 2002-1, 4001-1, 4001-2 and 6004-1 (I) Authorizing the Debtors to Obtain Postpetition Senior Secured Superpriority Financing, (II) Authorizing the Debtors' Limited Use of Cash Collateral, (III) Granting Adequate Protection to the Prepetition Secured Parties, (IV) Scheduling a Final Hearing, and (V) Granting Related Relief [Docket No. 263; Entered: 6/17/2019]

Response(s) Received:

a) Limited Objection of M3 Construction, Inc. to Motion of Debtors for Entry of Orders Pursuant to 11 U.S.C. §§ 105, 361, 362, 363, 364 and 507, Bankruptcy Rules 2002, 4001, 6004 and 9014 and Local Bankruptcy Rules 2002-1, 4001-1, 4001-2 and 6004-1 (I) Authorizing the Debtors to Obtain Postpetition Senior Secured Superpriority Financing, (II) Authorizing the Debtors' Limited Use of Cash Collateral, (III) Granting Adequate Protection to the Prepetition Secured Parties, (IV) Scheduling a Final Hearing, and (V) Granting Related Relief [Docket No. 77; Filed: 4/24/2019]

b) Objection of the Official Committee of Unsecured Creditors to the Motion of the Debtors for Entry of Interim and Final Orders Pursuant to 11 U.S.C. §§ 105, 361, 362, 363, 364 and 507, Bankruptcy Rules 2002, 4001, 6004 and 9014 and Local Bankruptcy Rules 2002-1, 4001-1, 4001-2 and 6004-1 (I) Authorizing the Debtors to Obtain Postpetition Senior Secured Superpriority Financing, (II) Authorizing The Debtors Limited Use of Cash Collateral, (III) Granting Adequate Protection to Prepetition Secured Parties, (IV) Scheduling a Final Hearing, and (V) Granting Related Relief [Docket No. 87; Filed: 4/26/2019]

c) Joint Supplemental Objection of the Official Committee of Unsecured Creditors to the Motions of Debtors for Entry of Orders Approving Post Petition Financing and Bidding Procedures [Docket No. 155; Filed: 5/9/2019]

d) Informal response from the Office of the United States Trustee

e) Supplemental Objection of the Official Committee of Unsecured Creditors to its (A) Objection to the Right of Orchids Investment LLC to Credit Bid Pursuant to 11 U.S.C. § 363(k), and (B) Objection to the Motion of the Debtors for Entry of Interim and Final Orders Pursuant to 11 U.S.C. §§ 105, 361, 362, 363, 364 and 507, Bankruptcy Rules 2002, 4001, 6004 and 9014 and Local Bankruptcy Rules 2002-1, 4001-1, 4001-2 and 6004-1 (I) Authorizing the Debtors to Obtain Postpetition Senior Secured Superpriority Financing, (II) Authorizing the Debtors Limited Use of Cash Collateral, (III) Granting Adequate Protection to the Prepetition Secured Parties, (IV) Scheduling a Final Hearing, and (V) Granting Related Relief [Docket No. 274; Filed: 6/21/2019]

Status: This matter will go forward on a final basis

2. Motion of Debtors for Entry of (I) an Order (A) Approving Bid Procedures in Connection with the Potential Sale of Substantially All of the Debtors' Assets, (B) Scheduling an Auction and a Sale Hearing, (C) Approving the Form and Manner of Notice Thereof, (D) Authorizing the Debtors to Enter Into the Option Agreement and the Stalking Horse Agreement, (E) Approving Bid Protections, (F) Approving Procedures for the Assumption and Assignment of Contracts and Leases, and (G) Granting Related Relief; and (II) an Order (A) Approving the Sale of Substantially All of the Debtors' Assets Free and Clear of All Liens, Claims, Encumbrances, and Interests, (B) Authorizing the Assumption and Assignment of Contracts and Leases, and (C) Granting Related Relief [Docket No. 25; Filed: 4/1/2019]

Objection Deadline: June 24, 2019 at 4:00 p.m. (extended for various parties)

Related Document(s):

a) Notice of Motion of Debtors for Entry of (I) an Order (A) Approving Bid Procedures in Connection with the Potential Sale of Substantially All of the Debtors' Assets, (B) Scheduling an Auction and a Sale Hearing, (C) Approving the Form and Manner of Notice Thereof, (D) Authorizing the Debtors to Enter Into the Option Agreement and the Stalking Horse Agreement, (E) Approving Bid Protections, (F) Approving Procedures for the Assumption and Assignment of Contracts and Leases, and (G) Granting Related Relief; and (II) an Order (A) Approving the Sale of Substantially All of the Debtors' Assets Free and Clear of All Liens, Claims, Encumbrances, and Interests, (B) Authorizing the Assumption and

Assignment of Contracts and Leases, and (C) Granting Related Relief [Docket No. 47; Filed: 4/4/2019]

b) Notice of Filing of Revised Proposed Clean and Blackline Bid Procedures Order [Docket No. 152; Filed: 5/9/2019]

c) Order (I) Approving Bid Procedures in Connection With the Potential Sale of Substantially All of the Debtors' Assets, (II) Scheduling an Auction and a Sale Hearing, (III) Approving the Form and Manner of Notice Thereof, (IV) Authorizing the Debtors to Enter Into the Option Agreement and the Stalking Horse Agreement, (V) Approving Procedures for the Assumption and Assignment of Contracts and Leases, and (VI) Granting Related Relief [Docket No. 179; Entered: 5/20/2019]

d) Notice of Filing of Schedules to Stalking Horse Agreement [Docket No. 183; Filed: 5/22/2019]

e) Notice of Bid Procedures, Auction, Hearing and Deadlines Relating to the Sale of Substantially All of the Assets of the Debtors [Docket No. 184; Filed: 5/22/2019]

f) Notice of Filing of First Amendment to Option Agreement [Docket No. 185; Filed: 5/22/2019]

g) Notice of Filing of Second Amendment to Option Agreement and Exercise of Option Under Option Agreement [Docket No. 237; Filed: 6/12/2019]

h) Debtors’ Response to the Official Committee of Unsecured Creditors’ Objection to the Right of Orchids Investment LLC to Credit Bid Pursuant to 11 U.S.C. § 363(k) and Supplement Thereto [Docket No. 279; Filed: 6/24/2019]

<u>Response(s) Received</u>:

a) Limited Objection of M3 Construction, Inc. to Debtors' Motion for an Order Approving Bid Procedures in Connection with the Potential Sale of Substantially All of the Debtors' Assets [Docket No. 78; Filed: 4/24/2019]

b) Objection of the United States Trustee to the Motion of Debtors for Entry of (I) an Order (A) Approving Bid Procedures in Connection with the Potential Sale of Substantially All of the Debtors Assets, (B) Scheduling an Auction and a Sale Hearing, (C) Approving the Form and Manner of Notice Thereof, (D) Authorizing the Debtors to Enter into the Option Agreement and the Stalking Horse Agreement, (E) Approving Bid Protections, (F) Approving Procedures for the Assumption and Assignment Of Contracts and Leases, and (G) Granting Related Relief; and (II) an Order (A) Approving the Sale of Substantially All of the Debtors Assets Free and Clear Of All Liens, Claims, Encumbrances, and Interests, (B) Authorizing the Assumption and Assignment of Contracts and Leases, and (C) Granting Related Relief [Docket No. 79; Filed: 4/24/2019]

c) Objection of the Official Committee of Unsecured Creditors to the Motion of Debtors For Entry of (I) An Order (A) Approving Bid Procedures In Connection with the Potential Sale of Substantially all of the Debtors Assets, (B) Scheduling an Auction and a Sale Hearing, (C) Approving the Form and Manner of Notice Thereof, (D) Authorizing the Debtors to Enter into the Option Agreement and the Stalking Horse Agreement, (E) Approving Bid Protections, (F) Approving Procedures for the Assumption and Assignment of Contracts and Leases, and (G) Granting Related Relief; and (II) An Order (A) Approving the Sale of Substantially All of the Debtors Assets Free and Clear of All Liens, Claims, Encumbrances, and Interests, (B) Authorizing the Assumption and Assignment of Contracts and Leases and (C) Granting Related Relief [Docket No. 86; Filed: 4/26/2019]

d) Joint Supplemental Objection of the Official Committee of Unsecured Creditors to the Motions of Debtors for Entry of Orders Approving Post Petition Financing and Bidding Procedures [Docket No. 155; Filed: 5/9/2019]

f) Official Committee of Unsecured Creditors' Objection to the Right of Orchids Investment LLC to Credit Bid Pursuant to 11 U.S.C. Section 363(k) [Docket No. 259; Filed: 6/14/2019]

g) Conditional Objection, Reservation of Rights and Response of the United Steelworkers to Sale Motion [Docket No. 276; Filed: 6/24/2019]

h) Objection and Reservation of Rights of the RDP Parties and the USBCDC Parties to the Sale Proposed by the Sale Motion [Docket No. 278; Filed: 6/24/2019]

i) Response in Opposition to the Official Committee of Unsecured Creditors Objection to the Right of Orchids Investment LLC to Credit Bid Pursuant to 11 U.S.C. § 363(k) [Docket No. 281; Filed: 6/24/2019]

j) Objection of Fabrica de Papel San Francisco, S.A de C.V. to Motion of Debtors for Entry of (I) an Order (A) Approving Bid Procedures in Connection with the Potential Sale of Substantially All of the Debtors' Assets, (B) Scheduling an Auction and a Sale Hearing, (C) Approving the Form and Manner of Notice Thereof, (D) Authorizing the Debtors to Enter into the Option Agreement and the Stalking Horse Agreement, (E) Approving Bid Protections, (F) Approving Procedures for the Assumption and Assignment of Contracts and Leases, and (G) Granting Related Relief; and (II) an Order (A) Approving the Sale of Substantially All of the Debtors' Assets Free and Clear of All Liens, Claims, Encumbrances, and Interests, (B) Authorizing the Assumption and Assignment of Contracts and Leases, and (C) Granting Related Relief [Docket No. 287; Filed: 6/25/2019]

k) Reservation of Rights of the United States Trustee to Motion of Debtors for Entry of an Order (A) Approving the Sale of Substantially All of the Debtors' Assets Free and Clear of All Liens, Claims, Encumbrances, and Interests, (B) Authorizing the Assumption and Assignment of Contracts and Leases, And (C) Granting Related Relief [Docket No. 292; Filed: 6/26/2019]

l) Objection of the Official Committee of Unsecured Creditors to (I) the Motion of Debtors for Entry of an Order (A) Approving the Sale of Substantially All of the Debtors' Assets Free and Clear of All Liens, Claims, Encumbrances, and Interests, (B) Authorizing the Assumption and Assignment of Contracts and Leases and (C) Granting Related Relief and (II) the Claim of Orchids Investment, LLC [Docket No. 293; Filed: 6/26/2019]

m) Informal response from the United States Department of Justice (Environmental Enforcement)

Status: This matter will go forward with respect to approval of the sale.

3. Debtors' Motion to (I) Retain Deloitte Transactions and Business Analytics LLP to Provide the Debtors an Interim Chief Strategy Officer and Certain Additional Personnel, and (II) Designate Richard S. Infantino as Interim Chief Strategy Officer for the Debtors, *Nunc Pro Tunc* to the Petition Date [Docket No. 126; Filed: 4/30/2019]

Objection Deadline: May 14, 2019 at 4:00 p.m. (extended for certain parties)

Related Document(s):

a) Debtors' Response in Support of Debtors' Motion to (I) Retain Deloitte Transactions and Business Analytics LLP to Provide the Debtors an Interim Chief Strategy Officer and Certain Additional Personnel, and (II) Designate Richard S. Infantino as Interim Chief Strategy Officer for the Debtors, *Nunc Pro Tunc* to the Petition Date [Docket No. 294; Filed: 6/26/2019]

b) Deloitte Transactions and Business Analytics LLP Brief in Further Support of the Debtors' Application to (1) Retain Deloitte Transactions and Business Analytics LLP to Provide the Debtors an Interim Chief Strategy Officer and Certain Additional Personnel, and (2) Designate Richard S. Infantino as Interim Chief Strategy Officer for the Debtors, *Nunc Pro Tunc* to the Petition Date [Docket No. 295; Filed 6/26/2019]

Response(s) Received:

a) Objection of the Official Committee of Unsecured Creditors to Debtors' Motion to (I) Retain Deloitte Transactions and Business Analytics LLP to Provide the Debtors an Interim Chief Strategy Officer and Certain Additional Personnel, and (II) Designate Richard S. Infantino as Interim Chief Strategy Officer for the Debtors, *Nunc Pro Tunc* to the Petition Date [Docket No. 204; Filed: 5/29/2019]

b) Informal response and comments from the Office of the United States Trustee

Status: This matter will go forward.

4. Notice of Filing of Notice to Counterparties to Potentially Assumed Executory Contracts and Unexpired Leases Regarding Cure Amounts and Possible Assignment to the Stalking Horse Bidder or Such Other Successful Bidder at Auction [Docket No. 187; Filed: 5/23/2019]

Objection Deadline: June 28, 2019 at 4:00 p.m. to Amended Notice

Related Document(s):

a) Notice of Filing of Amended Notice to Counterparties to Potentially Assumed Executory Contracts and Unexpired Leases Regarding Cure Amounts and Possible Assignment to the Stalking Horse Bidder or Such Other Successful Bidder at Auction [Docket No. 257; Filed: 6/14/2019]

Response(s) Received:

a) Objection and Reservation of Rights with Joinder to the Cure Amounts Proposed in, and Other Aspects of, the Debtors' Notice to Counterparties to Potentially Assumed Executory Contracts and Unexpired Leases Regarding Cure Amounts and Possible Assignment to the Stalking Horse Bidder or Such Other Successful Bidder at Auction filed by RDP 27, LLC, Rural Development Partners, LLC, U.S. Bancorp Community Development Corporation, USBCDC Investment Fund 158, LLC, USBCDE LLC, and USBCDE Sub-CDE 146, LLC [Docket No. 228; Filed: 6/12/2019]

b) Objection, Reservation of Rights and Response of the United Steelworkers to Cure Amount [Docket No. 250; Filed: 6/13/2019]

c) Objection and Reservation of Rights to Notice of Possible Assumption and Assignment of Certain Executory Contracts and Unexpired Leases filed by Fabrica de Papel San Francisco, S.A. de C.V. [Docket No. 277; Filed: 6/24/2019]

d) Informal responses from Little Rapids Corporation; Dixie Pulp & Paper, Inc.; South Carolina Energy & Gas; Gellco Clothing & Shoes

Status: This matter has been continued to the omnibus hearing scheduled for August 13, 2019 at 10:30 a.m.

5. Motion of Debtors for Entry of an Order (I) Establishing Bar Dates for Filing Proofs of Claim, Including Section 503(b)(9) Claims and (II) Approving Form and Manner of Notice Thereof [Docket No. 264; Filed: 6/17/2019]

Objection Deadline: June 24, 2019 at 4:00 p.m.

Related Document(s): None at this time.

Response(s) Received: Informal comments from United Steel, Paper and Forestry, Rubber, Manufacturing, Energy, Allied Industrial and Service Workers International Union and the Office of the United States Trustee

Status: This matter will go forward.

Dated: June 27, 2019
Wilmington, Delaware

Respectfully submitted,

**POLSINELLI PC**

*/s/ Shanti M. Katona*
Christopher A. Ward (Del. Bar No. 3877)
Shanti M. Katona (Del. Bar No. 5352)
Brenna A. Dolphin (Del. Bar No. 5604)
222 Delaware Avenue, Suite 1101
Wilmington, Delaware 19801
Telephone: (302) 252-0920
Facsimile: (302) 252-0921
cward@polsinelli.com
skatona@polsinelli.com
bdolphin@polsinelli.com

-and-

Jerry L. Switzer, Jr. (Admitted *Pro Hac Vice*)
150 N. Riverside Plaza, Suite 3000
Chicago, Illinois 60606
Telephone: (312) 819-1900
Facsimile: (312) 819-1910
jswitzer@polsinelli.com

*Counsel to the Debtors and*
*Debtors in Possession*