**UNITED STATES BANKRUPCTY COURT**
**DISTRICT OF DELAWARE**

<u>In re: Orchids Paper Products Company, et al., (1)</u>　　　　　Case No.　<u>19-10729 (MFW)</u>

　　　　　Debtors.　　　　　　　　　　　　　　　　　　　　　Jointly Administered

　　　　　　　　　　　　　　　　　　　　　　Reporting Period:　<u>May 1-31, 2019 (2)</u>

**MONTHLY OPERATING REPORT**
File with Court and submit copy to United States Trustee within 20 days after end of month.

Submit copy of report to any official committee appointed in the case

| REQUIRED DOCUMENTS | Form No. | Document Attached | Explanation Attached |
|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | | | |
|   Current reporting period | MOR-1 | X | |
|   Cumulative since filing date | MOR-1a | X | |
|   Bank Reconciliation (or copies of debtors' bank reconciliations) | MOR-1b | | X |
|   Copies of bank statements | MOR-1b | | X |
|   Cash disbursements journals | MOR-1b | | X |
|   Schedule of Professional Fees Paid | MOR-1c | X | |
| Statement of Operations | | | |
|   Current reporting period | MOR-2a | X | |
|   Cumulative since filing date | MOR-2b | X | |
| Balance Sheets | | | |
|   As of Petition Date | MOR-3a | X | |
|   As of End of Current Reporting Period | MOR-3b | X | |
| Status of Post Petition Taxes | MOR-4 | | X |
|   Copies of IRS Form 6123 or payment receipt | | | X |
|   Copies of tax returns filed during reporting period | | | X |
| Summary of Unpaid Post Petition Debts | MOR-4 | X | |
|   Listing of aged accounts payable | MOR-4 | | X |
| Accounts Receivable Reconciliation and Aging | MOR-5 | X | |
| Debtor Questionnaire | MOR-5 | X | |

I declare under penalty of perjury (28 U.S.C. Section 1746) that this report and the attached documents are true and correct to the best of my knowledge and belief.

_____/s/_____　　　　　　　　　　　　　　　　　　　　　6/28/19
Signature of Authorized Individual*　　　　　　　　　　　　Date

Melinda S. Bartel　　　　　　　　　　　　　　　　　　　　　Chief Financial Officer
Printed Name of Authorized Individual　　　　　　　　　　　Title of Authorized Individual

*Authorized individual must be an officer, director or shareholder if debtor is a corporation; a partner if debtor is a partnership; a manager or member if debtor is limited liability company.

**Notes:**
(1) The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are Orchids Paper Products Company, a Delaware corporation (6944), Orchids Paper Products Company of South Carolina, a Delaware corporation (7198), and Orchids Lessor SC, LLC, a South Carolina limited liability company (7298). The location of the Debtors' mailing address is 201 Summit View Drive, Suite 110, Brentwood, Tennessee 37027.
(2) The Debtors' monthly accounting period ends on May 31, 2019.

In re: Orchids Paper Products Company, et al.  
Debtors

Case No. 19-10729  
Reporting Period: May 1 - 31, 2019

### SCHEDULE OF CASH RECEIPTS AND DISBURSEMENTS (1)
($ Thousands)

| | Debtors (2): | Orchids Paper Products Company | Total |
|---|---|---|---|
| | Case #: | 19-10729 | Debtors |
| **Cash - Beginning of Reporting Period** | | $ 9,477 | $ 9,477 |
| **Receipts** | | | |
| Sales Receipts | | 16,639 | 16,639 |
| **Receipts** | | 16,639 | 16,639 |
| **Disbursements (4)** | | | |
| Operating Expenses | | | |
| Payroll/Employee Expenses | | (2,644) | (2,644) |
| Freight | | (486) | (486) |
| Raw Materials | | (7,297) | (7,297) |
| Rent/Utilities | | (1,258) | (1,258) |
| R&M | | (878) | (878) |
| Other/SG&A | | (1,119) | (1,119) |
| Subtotal Operating Expenses | | (13,681) | (13,681) |
| **Total Operating Income** | | 2,957 | 2,957 |
| Other Expenses | | | |
| Capital Expenditures | | (76) | (76) |
| Debt Service Fees | | | |
| Debtor-in-possession interest | | (76) | (76) |
| Debtor-in-possession fees | | - | - |
| Subtotal Debt Service | | (76) | (76) |
| Debtor Professionals | | | |
| Deloitte | | - | - |
| Houlihan Lokey | | - | - |
| Polsinelli | | - | - |
| Prime Clerk | | (77) | (77) |
| Other Counsel | | - | - |
| Other | | - | - |
| Subtotal Debtors Professionals | | (77) | (77) |
| Lender Professionals | | | |
| Winston & Local Counsel | | - | - |
| Subtotal Lender Professionals | | - | - |
| Other Professionals | | | |
| Lowenstein | | - | - |
| Alvarez and Marsal | | - | - |
| Subtotal Other Professionals | | - | - |
| **Other Restructuring Fees** | | | |
| Utility Adequate Assurance Deposit | | (29) | (29) |
| U.S. Trustee Quarterly Payment | | - | - |
| Contingency | | - | - |
| Subtotal Other Restructuring Fees | | (29) | (29) |
| **Total Professional & Restructuring Fees** | | (106) | (106) |
| **Total Disbursements** | | (13,940) | (13,940) |
| **Net Cash Flows** | | 2,699 | 2,699 |
| **Cash - End of Reporting Period** | | $ 12,176 | $ 12,176 |

**Notes:**  
(1) Numbers may not foot due to rounding.  
(2) Debtors without any cash receipts/disbursements, income/expense, or account balances during or as of the reporting period are not included in these reports. If any of these three conditions are present, then that Debtor entity has been included throughout the monthly operating report.

(3) Disbursements include outstanding post-petition checks from the US operating account as of April 30, 2019.

(4) Professional payments listed herein include payments made by the Debtors to professionals retained by order of the Bankruptcy Court, including the Order Authorizing the Employment and Compensation of Professionals Utilized in the Ordinary Course of Business *Nunc Pro Tunc* to the Petition Date [D.I. 203].

MOR-1

In re: Orchids Paper Products Company, et al.  
    Debtors

Case No. 19-10729  
Reporting Period: May 1 - 31, 2019

**SCHEDULE OF CUMULATIVE CASH RECEIPTS AND DISBURSEMENTS - April 1 - May 31, 2019 (1)**  
($ Thousands)

| | Debtors (2): | Orchids Paper Products Company | Total |
|---|---|---|---|
| | Case #: | 19-10729 | Debtors |
| **Cash - Beginning of Reporting Period** | | $ 3,342 | $ 3,342 |
| **Receipts** | | | |
| Sales Receipts | | 30,990 | 30,990 |
| **Receipts** | | 30,990 | 30,990 |
| **Disbursements (4)** | | | |
| Operating Expenses | | | |
|   Payroll/Employee Expenses | | (4,973) | (4,973) |
|   Freight | | (638) | (638) |
|   Raw Materials | | (11,333) | (11,333) |
|   Rent/Utilities | | (1,441) | (1,441) |
|   R&M | | (884) | (884) |
|   Other/SG&A | | (1,793) | (1,793) |
|   Subtotal Operating Expenses | | (21,062) | (21,062) |
| **Total Operating Income** | | 9,927 | 9,927 |
| Other Expenses | | | |
|   Capital Expenditures | | (113) | (113) |
| Debt Service Fees | | | |
|   Debtor-in-possession interest | | (76) | (76) |
|   Debtor-in-possession fees | | (315) | (315) |
|   Subtotal Debt Service | | (391) | (391) |
| Debtor Professionals | | | |
|   Deloitte | | - | - |
|   Houlihan Lokey | | - | - |
|   Polsinelli | | - | - |
|   Prime Clerk | | (77) | (77) |
|   Other Counsel | | - | - |
|   Other | | - | - |
|   Subtotal Debtors Professionals | | (77) | (77) |
| Lender Professionals | | | |
|   Winston & Local Counsel | | - | - |
|   Subtotal Lender Professionals | | - | - |
| Other Professionals | | | |
|   Lowenstein | | - | - |
|   Alvarez and Marsal | | - | - |
|   Subtotal Other Professionals | | - | - |
| **Other Restructuring Fees** | | | |
| Utility Adequate Assurance Deposit | | (513) | (513) |
| U.S. Trustee Quarterly Payment | | - | - |
| Contingency | | - | - |
|   Subtotal Other Restructuring Fees | | (513) | (513) |
| **Total Professional & Restructuring Fees** | | (589) | (589) |
| **Total Disbursements** | | (22,156) | (22,156) |
| **Net Cash Flows** | | 8,834 | 8,834 |
| **Cash - End of Reporting Period** | | $ 12,176 | $ 12,176 |

**Notes:**  
(1) Numbers may not foot due to rounding.  
(2) Debtors without any cash receipts/disbursements, income/expense, or account balances during or as of the reporting period are not included in these reports. If any of these three conditions are present, then that Debtor entity has been included throughout the monthly operating report.

(3) Disbursements include outstanding post-petition checks from the US operating account as of April 30, 2019.

(4) Professional payments listed herein include payments made by the Debtors to professionals retained by order of the Bankruptcy Court, including the Order Authorizing the Employment and Compensation of Professionals Utilized in the Ordinary Course of Business *Nunc Pro Tunc* to the Petition Date [D.I. 203].

MOR-1 (a)

| In re: Orchids Paper Products Company, et al. | Case No. 19-10729 |
|---|---|
| Debtors | Reporting Period: May 1 - 31, 2019 |

## DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES

| Debtor | Case No. | April | May | June | Quarterly Disb. | Fees |
|---|---|---|---|---|---|---|
| Orchids Paper Products Company | 19-10729 | | | | | |
| Total Disbursements | | $ 8,215,210 | $ 13,939,511 | $ - | $ 22,154,721 | |
| Less: Transfers to Debtor in Possession Accounts | | - | - | - | - | |
| Plus: Estate Disbursements Made by Outside Sources | | - | - | - | - | |
| Total Disbursements for U.S. Trustee Quarterly Fees | | $ 8,215,210 | $ 13,939,511 | $ - | $ 22,154,721 | TBD |

| Debtor | Case No. | April | May | June | Quarterly Disb. | Fees |
|---|---|---|---|---|---|---|
| Orchids Paper Products Company of South Carolina | 19-10730 | | | | | |
| Total Disbursements | | $ - | $ - | $ - | $ - | |
| Less: Transfers to Debtor in Possession Accounts | | - | - | - | - | |
| Plus: Estate Disbursements Made by Outside Sources | | - | - | - | - | |
| Total Disbursements for U.S. Trustee Quarterly Fees | | $ - | $ - | $ - | $ - | TBD |

| Debtor | Case No. | April | May | June | Quarterly Disb. | Fees |
|---|---|---|---|---|---|---|
| Orchids Lessor SC, LLC | 19-10731 | | | | | |
| Total Disbursements | | $ - | $ - | $ - | $ - | |
| Less: Transfers to Debtor in Possession Accounts | | - | - | - | - | |
| Plus: Estate Disbursements Made by Outside Sources | | - | - | - | - | |
| Total Disbursements for U.S. Trustee Quarterly Fees | | $ - | $ - | $ - | $ - | TBD |

**TOTAL U.S. TRUSTEE QUARTERLY FEES** $ -

**Notes:**
(1) The quarterly U.S. Trustee fees will be calculated based on the total disbursements by each Debtor entity.

| | |
|---|---|
| **In re: Orchids Paper Products Company, et al.** | **Case No. 19-10729** |
| **Debtors** | **Reporting Period: May 1 - 31, 2019** |

**Statement with Respect to Bank Reconciliations, Copies of Bank Statements, and Cash Disbursement Journals**
For the Period From April 1, 2019 to May 31, 2019

Bank Reconciliations
Monthly reconciliations are performed on all of the Debtors' bank accounts. The Debtors affirm that these bank reconciliations were prepared as of May 31, 2019.

Copies of Bank Statements
The Debtors affirm that bank statements for all open and active bank accounts are retained by the Debtors. Attached is a list of Debtors' bank accounts and bank balances as of May 31, 2019.

Cash Disbursements Journals
All cash disbursements summarized in MOR-1 are recorded in the Debtors' general ledger.

MOR-1 (b)

**In re: Orchids Paper Products Company, et al.**  
**Debtors**

Case No. 19-10729  
Reporting Period: May 1 - 31, 2019

### List of Bank Accounts for Debtor Entities

| Debtor Entity | Account Type | Account Number (Last 4 Digits) | Bank | May 31, 2019 Bank Balances |
|---|---|---|---|---|
| Orchids Paper Products Company | Main Operating | 9304 | US Bank National Assoc. | $ 11,995,632 |
| Orchids Paper Products Company | Check Disbursement | 8196 | US Bank National Assoc. | 787,891 |
| Orchids Lessor SC, LLC | NMTC | 9314 | US Bank National Assoc. | 130,000 |
| Orchids Lessor SC, LLC | Operating | 5902 | US Bank National Assoc. | - |
| Orchids Paper Products Company | Supplemental Payroll | 4964 | RCB Bank | 1,127 |
| Orchids Paper Products Company | Adequate Assurance (2) | 5966 | Rabobank, N.A. | 512,665 |
| **Total Cash Accounts (1)** | | | | **$ 13,427,315** |

**Note:**
(1) Numbers may not foot due to rounding.
(2) Utility adequate assurance account opened on April 9, 2019 (Rabobank, N.A. account ending in 5966) pursuant to the Utility First Day Order

MOR-1 (b)

In re: Orchids Paper Products Company, et al.  
    Debtors

Case No. 19-10729  
Reporting Period: May 1 - 31, 2019

**SCHEDULE OF PROFESSIONAL FEES AND EXPENSES PAID**  
This schedule is to include all retained professional payments from case inception to current month. (1)

| Payee | Period Covered | Total Amount Sought | Payor | Check | | Amount Paid | | Petition Date to End of Reporting Date | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | Number | Date | Fees | Expenses | Fees | Expenses |
| Prime Clerk LLC | | | Orchids Paper Products Company | wire | 5/20/2019 | $ 77 | $ - | $ 77 | $ - |
| Polsinelli PC | | | Orchids Paper Products Company | | | $ - | $ - | $ - | $ - |
| Houlihan Lokey | | | Orchids Paper Products Company | | | $ - | $ - | $ - | $ - |
| Alvarez & Marsal | | | Orchids Paper Products Company | | | $ - | $ - | $ - | $ - |
| Lowenstein | | | Orchids Paper Products Company | | | $ - | $ - | $ - | $ - |

**Note**  
(1) Professional payments listed herein include payments made by the Debtors solely to professionals retained by order of the Bankruptcy Court, including the Order Authorizing the Employment and Compensation of Professionals Utilized in the Ordinary Course of Business Nunc Pro Tunc to the Petition Date [D.I. 203].

In re: Orchids Paper Products Company, et al.  
**Debtors**

Case No. 19-10729  
Reporting Period: May 1 - 31, 2019

## STATEMENT OF OPERATIONS (1)
Income Statement for the period May 1-31, 2019

The Statement of Operations is prepared on an accrual basis. The accrual basis of accounting recognizes revenue when it is realized and expenses when they are incurred, regardless of when cash is actually received or paid.

| *(in thousands)* | Debtors (2) Case #: | Orchids Paper Products Company 19-10729 | Orchids Paper Products Company of South Carolina 19-10730 | Orchids Lessor SC, LLC 19-10731 | Total Debtors |
|---|---|---|---|---|---|
| **Revenue** | | | | | |
| Net Sales | | $ 14,620 | $ - | $ 69 | $ 14,689 |
| Cost of Sales | | (14,671) | (95) | (89) | (14,854) |
| Gross Profit | | (51) | (95) | (20) | (166) |
| | | | | | |
| Selling, General & Administrative Expenses | | (793) | - | - | (793) |
| Intangibles Amortization | | (77) | - | - | (77) |
| Operating (Loss) Income | | (921) | (95) | (20) | (1,036) |
| | | | | | |
| Interest Expense | | (34) | - | (19) | (53) |
| Reorganization Items | | (1,670) | - | - | (1,670) |
| Other Income (Expense), net | | 67 | - | - | 67 |
| (Loss) Income Before Income Taxes | | (2,558) | (95) | (39) | (2,692) |
| | | | | | |
| (Provision for) Benefit from Income Taxes | | 760 | - | (15) | 745 |
| **Net (Loss) Income** | | $ (1,798) | $ (95) | $ (54) | $ (1,947) |

**Notes:**
(1) Numbers may not foot due to rounding.

(2) Debtors without any cash receipts/disbursements, income/expense, or account balances during or as of the reporting period are not included in these reports. If any of these three conditions are present, then that Debtor entity has been included throughout the monthly operating report.

(3) Numbers exclude non-debtor entities.

(4) The Debtors' do not prepare financial statements on a legal entity basis. This report reflects the Debtors' best efforts to allocate the balance sheet and income statement by legal entity. Non-debtor entities are excluded from this report.

MOR-2 (a)

**In re: Orchids Paper Products Company, et al.**  
**Debtors**

Case No. 19-10729  
Reporting Period: May 1 - 31, 2019

## STATEMENT OF OPERATIONS (1)
Income Statement for the period April 1 - May 31, 2019

The Statement of Operations is prepared on an accrual basis. The accrual basis of accounting recognizes revenue when it is realized and expenses when they are incurred, regardless of when cash is actually received or paid.

| *(in thousands)* | Debtors (2) | Orchids Paper Products Company | Orchids Paper Products Company of South Carolina | Orchids Lessor SC, LLC | Total Debtors |
|---|---|---|---|---|---|
| Case #: | | 19-10729 | 19-10730 | 19-10731 | |
| **Revenue** | | | | | |
| Net Sales | | $ 28,483 | $ - | $ 138 | $ 28,621 |
| Cost of Sales | | (29,331) | (190) | (177) | (29,699) |
| Gross Profit | | (848) | (190) | (39) | (1,077) |
| | | | | | |
| Selling, General & Administrative Expenses | | (1,326) | - | - | (1,326) |
| Intangibles Amortization | | (155) | - | - | (155) |
| Operating (Loss) Income | | (2,329) | (190) | (39) | (2,558) |
| | | | | | |
| Interest Expense | | (328) | - | (38) | (366) |
| Reorganization Items | | (8,812) | - | - | (8,812) |
| Other Income (Expense), net | | 230 | - | - | 230 |
| (Loss) Income Before Income Taxes | | (11,239) | (190) | (77) | (11,506) |
| | | | | | |
| (Provision for) Benefit from Income Taxes | | 3,075 | - | (30) | 3,045 |
| **Net (Loss) Income** | | $ (8,164) | $ (190) | $ (107) | $ (8,461) |

**Notes:**

(1) Numbers may not foot due to rounding.

(2) Debtors without any cash receipts/disbursements, income/expense, or account balances during or as of the reporting period are not included in these reports. If any of these three conditions are present, then that Debtor entity has been included throughout the monthly operating report.

(3) Numbers exclude non-debtor entities.

(4) The Debtors' do not prepare financial statements on a legal entity basis. This report reflects the Debtors' best efforts to allocate the balance sheet and income statement by legal entity. Non-debtor entities are excluded from this report.

MOR-2 (b)

In re: Orchids Paper Products Company, et al.  
Debtors

Case No. 19-10729  
Reporting Period: May 1 - 31, 2019

**BALANCE SHEET (1)**  
**AS OF PETITION DATE (as of April 1, 2019)**

The Balance Sheet is prepared on an accrual basis. Pre-petition liabilities must be classified separately from Post-petition obligations.

| (in thousands) | Debtors (2): | Orchids Paper Products Company | Orchids Paper Products Company of South Carolina | Orchids Lessor SC, LLC | Total Debtors |
|---|---|---|---|---|---|
| Case #: | | 19-10729 | 19-10730 | 19-10731 | |
| **ASSETS** | | | | | |
| **Current Assets:** | | | | | |
| Cash | | $ 3,171 | $ - | $ 130 | $ 3,301 |
| Accounts Receivable, net of allowance | | 13,425 | - | - | $ 13,425 |
| Accounts Receivable from Related Party | | - | - | - | $ - |
| Inventories, net | | 22,193 | - | - | $ 22,193 |
| Income Tax Receivable | | 53 | - | - | $ 53 |
| Prepaid Expenses | | 1,683 | - | - | $ 1,683 |
| Other Current Assets | | 472 | - | - | $ 472 |
| Total Current Assets | | 40,997 | - | 130 | 41,127 |
| | | | | | |
| Property, Plant and Equipment | | 307,273 | 40,188 | 18,999 | $ 366,460 |
| Accumulated Depreciation | | (99,808) | (2,033) | (2,119) | $ (103,960) |
| Net Property, Plant and Equipment | | 207,465 | 38,155 | 16,880 | 262,500 |
| | | | | | |
| Intangible Assets, net | | 12,415 | - | - | $ 12,415 |
| Goodwill | | 7,560 | - | - | $ 7,560 |
| Intercompany/Related party receivable | | - | - | - | $ - |
| Other Long-Term Assets | | 55,467 | - | 704 | $ 56,171 |
| Total Assets | | $ 323,904 | $ 38,155 | $ 17,714 | $ 379,773 |
| | | | | | |
| **LIABILITIES AND STOCKHOLDERS' EQUITY** | | | | | |
| **Current Liabilities:** | | | | | |
| Accounts Payable | | $ 13,494 | $ - | $ - | $ 13,494 |
| Accounts Payable to Related Party | | 4,381 | - | - | $ 4,381 |
| Accrued Liabilities | | 17,296 | - | - | $ 17,296 |
| Short-Term Notes Payable | | 174 | - | - | $ 174 |
| Current Portion of Long-Term Debt | | 191,618 | - | - | $ 191,618 |
| Total Current Liabilities | | 226,963 | - | - | 226,963 |
| | | | | | |
| Long Term Debt, less Current Portion | | 31 | - | 16,200 | $ 16,231 |
| Long-term lease obligations | | 308 | - | - | $ 308 |
| NMTC Liability | | - | - | (340) | $ (340) |
| Deferred Income Taxes | | 2,707 | - | 1,955 | $ 4,662 |
| Intercompany/Related party payable | | (90) | - | 125 | $ 35 |
| | | | | | |
| **Stockholders' Equity:** | | | | | |
| Common Stock, $0.001 par value, 25,000,000 shares authorized, 10,670,348 shares issued and outstanding in both 2019 and 2018. | | 11 | - | - | $ 11 |
| Additional Paid-In Capital | | 104,648 | 40,188 | 2,513 | $ 147,349 |
| Retained Earnings (Deficit) | | (10,674) | (2,033) | (2,739) | $ (15,446) |
| Total Stockholders' Equity | | 93,985 | 38,155 | (226) | 131,914 |
| Total Liabilites and Stockholders' Equity | | $ 323,904 | $ 38,155 | $ 17,714 | $ 379,773 |

**Notes:**
(1) Numbers may not foot due to rounding. Reflects balance as of March 31, 2019.
(2) Debtors without any cash receipts/disbursements, income/expense, or account balances during or as of the reporting period are not included in these reports. If any of these three conditions are present, then that Debtor entity has been included throughout the monthly operating report.
(3) Numbers exclude non-debtor entities.
(4) The Debtors' do not prepare financial statements on a legal entity basis. This report reflects the Debtors' best efforts to allocate the balance sheet and income statement by legal entity. Non-debtor entities are excluded from this report. The balance for total debtors is not consistent for consolidated results as intercompany transactions have not been eliminated.

MOR-3 (a)

In re: Orchids Paper Products Company, et al.  
Debtors

Case No. 19-10729  
Reporting Period: May 1 - 31, 2019

**BALANCE SHEET (1)**  
**AS OF END OF CURRENT REPORTING PERIOD (as of May 31, 2019)**

The Balance Sheet is prepared on an accrual basis. Pre-petition liabilities must be classified separately from Post-petition obligations.

| (in thousands) Debtors (2): | Orchids Paper Products Company | Orchids Paper Products Company of South Carolina | Orchids Lessor SC, LLC | Total Debtors |
|---|---:|---:|---:|---:|
| Case #: | 19-10729 | 19-10730 | 19-10731 | |
| **ASSETS** | | | | |
| **Current Assets:** | | | | |
| Cash | $ 12,047 | $ - | $ 130 | $ 12,177 |
| Accounts Receivable, net of allowance | 11,780 | - | - | 11,780 |
| Accounts Receivable from Related Party | - | - | - | - |
| Inventories, net | 20,366 | - | - | 20,366 |
| Income Tax Receivable | - | - | - | - |
| Prepaid Expenses | 1,538 | - | - | 1,538 |
| Other Current Assets | 603 | - | - | 603 |
| Total Current Assets | 46,334 | - | 130 | 46,464 |
| | | | | |
| Property, Plant and Equipment | 307,688 | 40,188 | 18,999 | 366,875 |
| Accumulated Depreciation | (102,149) | (2,223) | (2,297) | (106,669) |
| Net Property, Plant and Equipment | 205,539 | 37,965 | 16,702 | 260,206 |
| | | | | |
| Intangible Assets, net | 12,259 | - | - | 12,259 |
| Goodwill | 7,560 | - | - | 7,560 |
| Intercompany/Related party receivable | - | - | - | - |
| Other Long-Term Assets | 56,123 | - | 809 | 56,932 |
| Total Assets | $ 327,815 | $ 37,965 | $ 17,641 | $ 383,421 |
| | | | | |
| **LIABILITIES AND STOCKHOLDERS' EQUITY** | | | | |
| **Current Liabilities:** | | | | |
| Accounts Payable | $ 6,583 | $ - | $ - | $ 6,583 |
| Accounts Payable to Related Party | 3,839 | - | - | 3,839 |
| Accrued Liabilities | 3,073 | - | - | 3,073 |
| Total Current Liabilities | 13,495 | - | - | 13,495 |
| | | | | - |
| Long Term Debt, less Current Portion | - | - | 15,862 | 15,862 |
| Other Long-Term Liabilities | - | - | - | - |
| Deferred Income Taxes | (236) | - | 1,956 | 1,720 |
| Intercompany/Related party payable | - | - | - | - |
| Liabilities Subject to Compromise | 228,801 | - | - | 228,801 |
| | | | | |
| Stockholders' Equity: | - | - | | - |
| Common Stock, $0.001 par value, 25,000,000 shares authorized, 10,670,348 shares issued and outstanding in both 2019 and 2018. | 11 | - | - | 11 |
| Additional Paid-In Capital | 104,675 | 40,188 | 2,638 | 147,501 |
| Retained Earnings (Deficit) | (18,931) | (2,223) | (2,815) | (23,969) |
| Total Stockholders' Equity | 85,755 | 37,965 | (177) | 123,543 |
| Total Liabilites and Stockholders' Equity | $ 327,815 | $ 37,965 | $ 17,641 | $ 383,421 |

**Notes:**
(1) Numbers may not foot due to rounding.
(2) Debtors without any cash receipts/disbursements, income/expense, or account balances during or as of the reporting period are not included in these reports. If any of these three conditions are present, then that Debtor entity has been included throughout the monthly operating report.

(3) Numbers exclude non-debtor entities.

(4) The Debtors' do not prepare financial statements on a legal entity basis. This report reflects the Debtors' best efforts to allocate the balance sheet and income statement by legal entity. Non-debtor entities are excluded from this report. The balance for total debtors is not consistent for consolidated results as intercompany transactions have not been eliminated.

MOR-3 (b)

In re: **Orchids Paper Products Company, et al.**
**Debtors**

Case No. **19-10729**
Reporting Period: **May 1 - 31, 2019**

## STATUS OF POSTPETITION TAXES (1)

The beginning tax liability should be the ending liability from the prior month or, if this is the first report, the amount should be zero. Attach photocopies of IRS Form 6123 or payment receipt to verify payment or deposit of federal payroll taxes. Attach photocopies of any tax returns filed during the reporting period.

Melinda Bartel hereby declares and states:

I am the Chief Financial Officer of Orchids Paper Products Company, a corporation organized under the laws of the state of Delaware, which along with certain of its affiliated debtors (collectively, the "Debtors") are Debtors and Debtors in Possession in the above-captioned chapter 11 cases. In this capacity, I am familiar with Orchids Paper Products Company's day-to-day operations, businesses, financial affairs and books and

The Debtors have received approval to pay sales, use, property, production and franchise taxes, and such other taxes as the Debtors deem necessary in the ordinary course of business. As such, the Debtors have paid the applicable taxes when due.

To the best of my knowledge, the Debtors have filed all necessary federal, state, and local tax returns and made all required post-petition tax payments in connection therewith on a timely basis or have promptly remediated any late filings or payments that may have occurred due to unintentional oversights.

*[signature]*

Melinda S. Bartel
Chief Financial Officer
Orchids Paper Products Company

## SUMMARY OF UNPAID POSTPETITION DEBTS (2)

Attach aged listing of trade accounts payable. (3), (4)
(in thousands)

| Debtor Name | Case Number | Current | Number of Days Past Due | | | Total |
| --- | --- | --- | --- | --- | --- | --- |
| | | | 1 - 30 | 31 - 60 | Over 60 | |
| Orchids Paper Products Company | 19-10729 | $ 5,805,794 | $ (41,960) | $ (34,221) | $ (12,207) | $ 5,717,405 |
| Orchids Paper Products of South Carolina | 19-10730 | - | - | - | - | - |
| Orchids Lessor SC, LLC | 19-10731 | - | - | - | - | - |
| **Total Post Petition Debts** | | **$ 5,805,794** | **$ (41,960)** | **$ (34,221)** | **$ (12,207)** | **$ 5,717,405** |

**Notes:**
(1) Due to the voluminous amount of information and/or time required to fulfill this request, the Debtors have not included copies of Form 6123 and tax returns filed during this period.
(2) Numbers may not foot due to rounding.
(3) Due to the voluminous amount of information required to fulfill the request for the Debtors' listing of aged accounts, a summary by Debtor has been provided
(4) Summary of AP aging is for post-petition trade accounts payable only.

In re: Orchids Paper Products Company, et al.  
Debtors

Case No. 19-10729  
Reporting Period: May 1 - 31, 2019

## ACCOUNTS RECEIVABLE RECONCILIATION AND AGING

(in thousands)

| Trade Accounts Receivable Reconciliation (1), (2) | Orchids Paper Products Company | Orchids Paper Products Company of South Carolina | Orchids Lessor SC, LLC | Total |
|---|---|---|---|---|
| Case #: | 19-10729 | 19-10730 | 19-10731 | |
| Total Accounts Receivable (Net), April 30, 2019 | $ 13,355 | $ - | $ - | $ 13,355 |
| + Amounts billed during the period | 15,064 | - | - | 15,064 |
| - Amounts collected during the period | 16,639 | - | - | 16,639 |
| Total Accounts Receivable (Net), May 31, 2019 | $ 11,780 | $ - | $ - | $ 11,780 |
| | | | | |
| **Trade Accounts Receivable Aging (1)** | | | | |
| Current | $ 11,756 | $ - | $ - | $ 11,756 |
| 0 - 30 days old | 132 | - | - | 132 |
| 31 - 60 days old | 4 | - | - | 4 |
| 61+ days old | 86 | - | - | 86 |
| **Total Accounts Receivable** | $ 11,978 | $ - | $ - | $ 11,978 |
| Amount considered uncollectible (Bad Debt / Returns) | - | - | - | - |
| Accounts Receivable (Gross) | $ 11,978 | $ - | $ - | $ 11,978 |

## DEBTOR QUESTIONNAIRE (Yes / No)

| Must be completed each month | Yes | No |
|---|---|---|
| 1. Have any assets been sold or transferred outside the normal course of business this reporting period? If yes, provide an explanation below. | | X |
| 2. Have any funds been disbursed from any account other than a debtor in possession account this reporting period? If yes, provide an explanation below. | | X |
| 3. Have all post petition tax returns been timely filed? If no, provide an explanation below. | X | |
| 4. Are workers compensation, general liability and other necessary insurance coverages in effect? If no, provide an explanation below. | X | |
| 5. Has any bank account been opened during the reporting period? If yes, provide documentation identifying the opened account(s). If an investment account has been opened provide the required documentation pursuant to the Delaware Local Rule 4001-3. | | X |

### Notes
(1) Numbers may not foot due to rounding.  
(2) Includes net trade accounts receivable and does not include intercompany receivables.

MOR-5