IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| ORCHIDS PAPER PRODUCTS COMPANY, *et al.*,[1] | Case No. 19-10729 (MFW) |
| Debtors. | Jointly Administered |

**NOTICE OF AGENDA OF MATTERS SCHEDULED
FOR HEARING ON JULY 15, 2019 AT 2:00 P.M. (ET)**

**MATTERS WITH CERTIFICATE OF NO OBJECTION AND CERTIFICATION OF COUNSEL**

1. Motion of Debtors for Entry of an Order Extending Time to File Notices of Removal of Civil Actions [Docket No. 310; Filed: 6/29/2019]

   Objection Deadline:     July 8, 2019 at 4:00 p.m.

   Related Document(s):

   a) Certificate of No Objection Regarding Motion of Debtors for Entry of an Order Extending Time to File Notices of Removal of Civil Actions [Docket No. 343; Filed: 7/11/2019]

   b) Proposed Order

   Response(s) Received:     None.

   Status:     A certificate of no objection has been filed. No hearing is necessary unless the Court directs otherwise.

2. Motion of Debtors for Entry of an Order Authorizing Debtors to Maintain Certain Information in the Filed APA Schedules in Redacted Form [Docket No. 311; Filed: 6/29/2019]

   Objection Deadline:     July 8, 2019 at 4:00 p.m.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are Orchids Paper Products Company, a Delaware corporation (6944), Orchids Paper Products Company of South Carolina, a Delaware corporation (7198), and Orchids Lessor SC, LLC, a South Carolina limited liability company (7298). The location of the Debtors' mailing address is 201 Summit View Drive, Suite 110, Brentwood, Tennessee 37027.

69459409.1

Related Document(s):

a) Notice of Filing of Schedules to Stalking Horse Agreement [Docket No. 183; Filed: 5/22/2019]

b) [Sealed] Notice of Filing of Unredacted Schedules to Stalking Horse Agreement Pursuant to L.R. 9018-1(d) [Docket No. 341; Filed: 7/10/2019]

c) Certification of Counsel Regarding Order Authorizing Debtors to Maintain Certain Information in the Filed APA Schedules in Redacted Form [Docket No. 344; Filed: 7/11/2019]

Response(s) Received:    Informal comments from the United States Trustee

Status:    A revised proposed form of order has been filed under certification of counsel.  No hearing is necessary unless the Court directs otherwise.

Dated: July 11, 2019  
Wilmington, Delaware

Respectfully submitted,

**POLSINELLI PC**

 /s/ Shanti M. Katona   
Christopher A. Ward (Del. Bar No. 3877)  
Shanti M. Katona (Del. Bar No. 5352)  
Brenna A. Dolphin (Del. Bar No. 5604)  
222 Delaware Avenue, Suite 1101  
Wilmington, Delaware 19801  
Telephone: (302) 252-0920  
Facsimile: (302) 252-0921  
cward@polsinelli.com  
skatona@polsinelli.com  
bdolphin@polsinelli.com  

-and-

Jerry L. Switzer, Jr. (Admitted *Pro Hac Vice*)  
150 N. Riverside Plaza, Suite 3000  
Chicago, Illinois 60606  
Telephone: (312) 819-1900  
Facsimile: (312) 819-1910  
jswitzer@polsinelli.com  

*Counsel to the Debtors and*  
*Debtors in Possession*