## Exhibit B to Sale Order

## Assigned Contracts[1]

| Counterparty | Description of Assigned Contracts or Leases | Cure Amount[2] | Assignee |
|---|---|---|---|
| 3CX | Service Agreement | $ - | Cascades US Holding Inc. |
| 5 R Inc. | Storage Agreement | $ 263.49 | Cascades US Holding Inc. |
| Advance Broker | Broker Agreement | $ - | Cascades US Holding Inc. |
| Advantage Solution Sales | Broker Agreement | $ - | Cascades US Holding Inc. |
| Advent Properties Inc | Lease Agreement | $ - | Cascades US Holding Inc. |
| Airgas Mid South, Inc. | Supplier Agreement | $ 474.52 | Cascades US Holding Inc. |
| Akers & Associates | Broker Agreement | $ - | Cascades US Holding Inc. |
| Albany International | Supplier Agreement | $ - | Cascades US Holding Inc. |
| Algorithm, Inc. | Service Agreement | $ 3,811.26 | Cascades US Holding Inc. |
| Algorithm, Inc. | Service Agreement | $ - | Cascades US Holding Inc. |
| Alliance Advisors | Service Agreement | $ - | Cascades US Holding Inc. |
| American Stock Transfer & Trust Company | Service Agreement | $ 1,462.00 | Cascades US Holding Inc. |
| Amerigas Propane Lp | Supplier Agreement | $ 18,975.07 | Cascades US Holding Inc. |
| Archpoint Sales | Broker Agreement | $ - | Cascades US Holding Inc. |
| Armstrong Transport Group | Broker Agreement | $ - | Cascades US Holding Inc. |
| Atlas Copco Compressors, Llc. | Service Agreement | $ 17,374.51 | Cascades US Holding Inc. |
| Barnwell County Chamber Of Commerce | Tax Agreement | $ - | Cascades US Holding Inc. |
| Barnwell County Chamber Of Commerce | Inducement Agreement And Millage Rate Agreement | $ - | Cascades US Holding Inc. |
| Blackford Brokerage | Broker Agreement | $ - | Cascades US Holding Inc. |
| Bluefin Llc | Service Agreement | $ - | Cascades US Holding Inc. |
| Bluemark Energy, Llc | Supplier Agreement | $ 123,615.04 | Cascades US Holding Inc. |
| Capstone | Service Agreement | $ - | Cascades US Holding Inc. |
| Capstone | Service Agreement | $ - | Cascades US Holding Inc. |
| Charlie's Trailer Sales & Service, Inc. | Lease Agreement | $ - | Cascades US Holding Inc. |

---

[1] The presence of a contract or lease on this Exhibit does not constitute an admission by the Debtors that such contract is an executory contract or such lease is an unexpired lease pursuant to Bankruptcy Code section 365 or any other applicable law, and the Debtors and Purchaser reserve all rights to withdraw any assumption and assignment or to reject any contract or lease at any time before such contract or lease is assumed and assigned pursuant to an order of the Court.

[2] Each cure amount listed herein consists of the amount due under the applicable executory contract or unexpired lease as of the petition date of April 1, 2019, as reflected in the Debtors' books and records, and does not reflect any payments that may have been made on account of the prepetition balance due under such contract or lease on or after the petition date in the ordinary course of business or pursuant to court order. Each applicable cure amount shall be reduced by the amount of any such payments.

| Counterparty | Description of Assigned Contracts or Leases | Cure Amount[2] | Assignee |
|---|---|---|---|
| Cintas Corporation | Rental Agreement | $ 6,897.21 | Cascades US Holding Inc. |
| Cintas Corporation | Rental Agreement | $ - | Cascades US Holding Inc. |
| CISCO | License Agreement | $ - | Cascades US Holding Inc. |
| Clouth-Sprenger Llc | Supplier Agreement | $ 24,793.70 | Cascades US Holding Inc. |
| Concur | Service Agreement | $ - | Cascades US Holding Inc. |
| Consolidated Communications | Service Agreement | $ 11,282.48 | Cascades US Holding Inc. |
| Continental Carbonics Products Inc | Lease Agreement | $ 3,226.32 | Cascades US Holding Inc. |
| Coordinating Council For Economic Development For The State Of South Carolina | Revitalization Agreement | $ - | Cascades US Holding Inc. |
| Coordinating Council For Economic Development For The State Of South Carolina | Revitalization Agreement | $ - | Cascades US Holding Inc. |
| Coryell Roofing | Service Agreement | $ - | Cascades US Holding Inc. |
| Coyote Logistics | Broker Agreement | $ - | Cascades US Holding Inc. |
| D & T Sales, Inc. | Broker Agreement | $ - | Cascades US Holding Inc. |
| Data Masons | Service Agreement | $ 7,410.00 | Cascades US Holding Inc. |
| Daymon Worldwide Inc | Broker Agreement | $ - | Cascades US Holding Inc. |
| Dfw Linq Transport Inc. | Service Agreement | $ - | Cascades US Holding Inc. |
| Dixie Pulp And Paper | Supplier Agreement | $ 3,236,978.85 | Cascades US Holding Inc. |
| Dolphin Carriers | Service Agreement | $ - | Cascades US Holding Inc. |
| ECI's Apax Partners | License Agreement | $ - | Cascades US Holding Inc. |
| Empower Software Solutions,Inc. | Service Agreement | $ - | Cascades US Holding Inc. |
| Energy United Propane | Supplier Agreement | $ 3,997.96 | Cascades US Holding Inc. |
| Enterprise Rental Cars | Service Agreement | $ - | Cascades US Holding Inc. |
| Equisolve, Inc. | Service Agreement | $ - | Cascades US Holding Inc. |
| Esm Ferolie | Broker Agreement | $ - | Cascades US Holding Inc. |
| Fabrica De Papel San Francisco, S.A. | Supplier Agreement | $ 4,372,946.02 | Cascades US Holding Inc. |
| Fairpoint Communications | Service Agreement | $ - | Cascades US Holding Inc. |
| Fedex | Service Agreement | $ - | Cascades US Holding Inc. |
| Fidelity Investments | 401(k) Plan Audit and Administration | $ - | Cascades US Holding Inc. |
| FM Global Insurance | Service Agreement | $ - | Cascades US Holding Inc. |
| Gellco Uniforms & Shoes Inc | Supplier Agreement | $ 23,711.31 | Cascades US Holding Inc. |
| GovernLan | Service Agreement | $ - | Cascades US Holding Inc. |
| Grand River Dam Authority (Grda) | Supplier Agreement | $ 321,042.24 | Cascades US Holding Inc. |
| Green Bay Packaging | Supplier Agreement | $ 139,637.05 | Cascades US Holding Inc. |
| Henkel Adhesives | Supplier Agreement | $ 130,656.77 | Cascades US Holding Inc. |
| IBM | Service Agreement | $ - | Cascades US Holding Inc. |
| Imagenet Consulting Llc | Lease Agreement | $ 5,900.73 | Cascades US Holding Inc. |

| Counterparty | Description of Assigned Contracts or Leases | Cure Amount[2] | Assignee |
|---|---|---|---|
| Impact Group, Llc | Broker Agreement | $ - | Cascades US Holding Inc. |
| Info-Pipe | Service Agreement | $ - | Cascades US Holding Inc. |
| Intl Fcstone Financial Inc | Service Agreement | $ 1,000.00 | Cascades US Holding Inc. |
| Jackson Technical | Service Agreement | $ - | Cascades US Holding Inc. |
| John Sorrell | Lease Agreement | $ 2,250.00 | Cascades US Holding Inc. |
| Klint Pursley Trucking Llc | Service Agreement | $ - | Cascades US Holding Inc. |
| Koch & Associates | Broker Agreement | $ - | Cascades US Holding Inc. |
| L&S Hauling, Inc. | Service Agreement | $ - | Cascades US Holding Inc. |
| Leahy Consulting | Service Agreement | $ - | Cascades US Holding Inc. |
| Lebleu Central Inc. | Supplier Agreement | $ 911.14 | Cascades US Holding Inc. |
| Little Rapids Corp. | Supplier Agreement | $ 1,238,337.23 | Cascades US Holding Inc. |
| Lockton Companies, Inc. | Service Agreement | $ - | Cascades US Holding Inc. |
| Marvin Keller Trucking | Service Agreement | $ - | Cascades US Holding Inc. |
| Mcintosh Services,Inc. | Service Agreement | $ - | Cascades US Holding Inc. |
| Microsoft | License Agreement | $ - | Cascades US Holding Inc. |
| Morrison & Associates | Broker Agreement | $ - | Cascades US Holding Inc. |
| Novarese Sales | Broker Agreement | $ - | Cascades US Holding Inc. |
| O'Brien & Associates Brokerage, Co. | Broker Agreement | $ - | Cascades US Holding Inc. |
| Oklahoma Natural Gas | Supplier Agreement | $ 14,991.23 | Cascades US Holding Inc. |
| Oklahoma Ordnance Works Authority | Lease Agreement | $ 97,929.33 | Cascades US Holding Inc. |
| Oklahoma Ordnance Works Authority | Lease Agreement | $ - | Cascades US Holding Inc. |
| Oklahoma Ordnance Works Authority | Option Agreement | $ - | Cascades US Holding Inc. |
| Orchids Lessor Sc, Llc | Lease Agreement | $ - | Cascades US Holding Inc. |
| Orchids Lessor Sc, Llc | Lease Agreement | $ - | Cascades US Holding Inc. |
| Orchids Lessor Sc, Llc | Lease Agreement | $ - | Cascades US Holding Inc. |
| Orchids Lessor Sc, Llc | Lease Agreement | $ - | Cascades US Holding Inc. |
| Packaging Corporation Of America | Supplier Agreement | $ 186,409.26 | Cascades US Holding Inc. |
| Peco Pallet, Inc. | Rental Agreement | $ 76,957.20 | Cascades US Holding Inc. |
| Penders Disposal Service | Service Agreement | $ - | Cascades US Holding Inc. |
| Pepsi Logistics Company | Service Agreement | $ - | Cascades US Holding Inc. |
| Pollock Company | Service Agreement | $ 6.37 | Cascades US Holding Inc. |
| Progressive Brokerage, Inc. | Broker Agreement | $ - | Cascades US Holding Inc. |
| Pryor Waste & Recycling Llc | Service Agreement | $ 7,540.00 | Cascades US Holding Inc. |
| R&R Sales Brokage Co Inc | Broker Agreement | $ - | Cascades US Holding Inc. |
| RBW Logistics Corporation | Service Agreement | $ - | Cascades US Holding Inc. |
| RBW Logistics Corporation | Service Agreement | $ - | Cascades US Holding Inc. |
| Red Classic Transport | Service Agreement | $ - | Cascades US Holding Inc. |

| Counterparty | Description of Assigned Contracts or Leases | Cure Amount[2] | | Assignee |
|---|---|---|---|---|
| Redbud Physical Therapy Llc | Service Agreement | $ | 1,000.00 | Cascades US Holding Inc. |
| Samage North America | Service Agreement | $ | - | Cascades US Holding Inc. |
| Scana Energy Marketing Inc | Service Agreement | $ | 22,954.95 | Cascades US Holding Inc. |
| Schneider Electric Systems Usa, Inc. | Service Agreement | $ | - | Cascades US Holding Inc. |
| Shadow Protext | Service Agreement | $ | - | Cascades US Holding Inc. |
| SINE | Service Agreement | $ | - | Cascades US Holding Inc. |
| SmartSheets | License Agreement | $ | - | Cascades US Holding Inc. |
| Solenis | Supplier Agreement | $ | 224,446.90 | Cascades US Holding Inc. |
| Sonoco Products Company | Supplier Agreement | $ | - | Cascades US Holding Inc. |
| Sospes, Llc | Service Agreement | $ | - | Cascades US Holding Inc. |
| South Carolina Electric & Gas Company | Service Agreement | $ | 205,718.45 | Cascades US Holding Inc. |
| South Carolina Electric & Gas Company | Service Agreement | $ | 33,882.72 | Cascades US Holding Inc. |
| South Carolina Electric & Gas Company | Service Agreement | $ | 777.68 | Cascades US Holding Inc. |
| Southern Material Handling | Lease Agreement | $ | 88,238.50 | Cascades US Holding Inc. |
| Sprint Communications | Service Agreement | $ | - | Cascades US Holding Inc. |
| SPS Commerce | Service Agreement | $ | - | Cascades US Holding Inc. |
| Steinlauf Marketing Group | Broker Agreement | $ | - | Cascades US Holding Inc. |
| Sun Chemical Corporation | Supplier Agreement | $ | 101,772.00 | Cascades US Holding Inc. |
| Sunbelt Rentals, Inc | Lease Agreement | $ | - | Cascades US Holding Inc. |
| Suntecktts | Service Agreement | $ | - | Cascades US Holding Inc. |
| Tero Consulting Ltd | Service Agreement | $ | - | Cascades US Holding Inc. |
| The Hodges Company | Service Agreement | $ | - | Cascades US Holding Inc. |
| The Marlin Company | Service Agreement | $ | 7,616.12 | Cascades US Holding Inc. |
| The Pickrell & Craig Company | Broker Agreement | $ | - | Cascades US Holding Inc. |
| Tm Environmental Services, Llc | Service Agreement | $ | - | Cascades US Holding Inc. |
| Toyota Forklifts of Atlanta | Service Agreement | $ | 35,248.45 | Cascades US Holding Inc. |
| Trucks For You, Inc. | Lease Agreement | $ | - | Cascades US Holding Inc. |
| TTS LLC | Service Agreement | $ | 16,900.00 | Cascades US Holding Inc. |
| Tulco Oils, Inc. | Supplier Agreement | $ | 49,402.48 | Cascades US Holding Inc. |
| Ultimate Source Llc | Broker Agreement | $ | - | Cascades US Holding Inc. |
| United Rentals Na Inc | Lease Agreement | $ | 14,586.16 | Cascades US Holding Inc. |
| United Steel, Paper And Forestry, Rubber, Manufacturing, Energy, Allied-Industrial, And Service Workers International Union AFL-CIO, Local Number 13-1480 | Labor Agreement | $ | - | Cascades US Holding Inc. |
| United Steel, Paper And Forestry, Rubber, Manufacturing, Energy, Allied-Industrial, And Service | Labor Agreement | $ | - | Cascades US Holding Inc. |

| Counterparty | Description of Assigned Contracts or Leases | Cure Amount[2] | Assignee |
|---|---|---|---|
| Workers International Union AFL-CIO-CLC LOCAL 13-930 | | | |
| Us Ecology | Service Agreement | $          - | Cascades US Holding Inc. |
| Valley Sales & Marketing | Broker Agreement | $          - | Cascades US Holding Inc. |
| Valmet, Inc. | Service Agreement | $    35,088.52 | Cascades US Holding Inc. |
| Wal-Mart Stores, Inc. | Merchandise Supplier Agreement | $          - | Cascades US Holding Inc. |
| Watersedge Investor Relations | Service Agreement | $          - | Cascades US Holding Inc. |
| Western Marketing Services North Llc | Broker Agreement | $          - | Cascades US Holding Inc. |
| Wolter Kluwer | Service Agreement | $          - | Cascades US Holding Inc. |
| Workhealth Solutions Lls | Service Agreement | $     1,637.50 | Cascades US Holding Inc. |
| Wysis | License Agreement | $          - | Cascades US Holding Inc. |