**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | |
| | Chapter 11 |
| ORCHIDS PAPER PRODUCTS COMPANY, *et al.*,[1] | Case No. 19-10729 (MFW) |
| Debtors. | Jointly Administered |

*AMENDED*[2] **NOTICE OF AGENDA OF MATTERS SCHEDULED
FOR HEARING ON AUGUST 12, 2019 AT 1:00 P.M. (ET)**

**CONTINUED MATTER**

1.    Motion to Extend Exclusivity Period for Filing a Chapter 11 Plan and Disclosure Statement [Docket No. 385; Filed: 7/29/2019]

Objection Deadline:    August 5, 2019 at 4:00 p.m. (The Official Committee of Unsecured Creditors was granted an extension until September 3, 2019 at 4:00 p.m.)

Related Document(s):    None at this time.

Response(s) Received:    None at this time.

Status:    This matter has been continued to the next omnibus hearing scheduled for September 10, 2019 at 10:30 a.m.

**MATTERS WITH CERTIFICATE OF NO OBJECTION OR CERTIFICATION OF COUNSEL**

2.    Application of the Official Committee of Unsecured Creditors for an Order Authorizing and Approving the Employment and Retention of Montgomery McCracken Walker & Rhoads LLP as Delaware Counsel *Nunc Pro Tunc* to June 3, 2019 [Docket No. 338; Filed: 7/10/2019]

Objection Deadline:    August 6, 2019 at 4:00 p.m.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are Orchids Paper Products Company, a Delaware corporation (6944), Orchids Paper Products Company of South Carolina, a Delaware corporation (7198), and Orchids Lessor SC, LLC, a South Carolina limited liability company (7298). The location of the Debtors' mailing address is 201 Summit View Drive, Suite 110, Brentwood, Tennessee 37027.

[2] **Amended items appear bold.**

70017881.1

Related Document(s):

      a)      Certification of Counsel Regarding Order Authorizing and Approving the Employment and Retention of Montgomery McCracken Walker & Rhoads LLP as Delaware Counsel *Nunc Pro Tunc* to June 3, 2019 [Docket No. 419; Filed: 8/7/2019

Response(s) Received:      Informal comments from the United States Trustee

Status:      A revised proposed form of order has been filed under certification of counsel.  No hearing is necessary unless the Court directs otherwise.

3.      Motion of Debtors for an Order Authorizing Debtors to Redact and File Under Seal Certain Information Contained in the Final Schedules to the Asset Purchase Agreement [Docket No. 355; Filed: 7/12/2019]

Objection Deadline:      July 26, 2019 at 4:00 p.m.

Related Document(s):

      a)      Certification of Counsel Regarding Order Authorizing Debtors to Redact and File Under Seal Certain Information Contained in the Final Schedules to the Asset Purchase Agreement [Docket No. 424; Filed: 8/7/2019]

Response(s) Received:      Informal comments from the United States Trustee

Status:      A revised proposed form of order has been filed under certification of counsel.  No hearing is necessary unless the Court directs otherwise.

4.      Application of the Official Committee of Unsecured Creditors for Entry of an Order Authorizing the Employment and Retention of Dean Machinery International, Inc. as Equipment and Machinery Appraisers, Effective as of July 17, 2019, Pursuant to 11 U.S.C. §§ 328, 330, and 1103, Fed. R. Bankr. P. 2014(a), and Local Rule 2014-1 [Docket No. 373; Filed: 7/19/2019]

Objection Deadline:      August 6, 2019 at 4:00 p.m.

Related Document(s):

      a)      Supplemental Declaration of Walter Dean in Support of the Application of the Official Committee of Unsecured Creditors for Entry of an Order Authorizing the Employment and Retention of Dean Machinery International, Inc. as Equipment and Machinery Appraisers, Effective as of July 17, 2019, Pursuant to 11 U.S.C. §§ 328, 330, and 1103, Fed. R. Bankr. P. 2014(a), and Local Rule 2014-1[Docket No. 420; Filed: 8/7/2019]

70017881.1

b)      Certification of Counsel Regarding Order Approving and Authorizing the Official Committee of Unsecured Creditors to Employ and Retain Dean Machinery International, Inc. as Equipment and Machinery Appraisers, Effective as of July 17, 2019, Pursuant to 11 U.S.C. §§ 328, 330, and 1103, Fed. R. Bankr. P. 2014(a), and Local Rule 2014-1[Docket No. 421; Filed: 8/7/2019]

Response(s) Received:      Informal comments from the United States Trustee

Status:      A revised proposed form of order has been filed under certification of counsel.  No hearing is necessary unless the Court directs otherwise.

5.      Motion of Debtors for Entry of an Order Extending the Deadline to Assume or Reject Unexpired Leases and Nonresidential Real Property [Docket No. 384; Filed: 7/29/2019]

Objection Deadline:      August 5, 2019 at 4:00 p.m.

Related Document(s):

a)      Certificate of No Objection Regarding Motion of Debtors for Entry of an Order Extending the Deadline to Assume or Reject Unexpired Leases and Nonresidential Real Property [Docket No. 422; Filed: 8/7/2019]

b)      Proposed Order

Response(s) Received:      Informal comments from the Official Committee of Unsecured Creditors.

Status:      A certificate of no objection has been filed.  No hearing is necessary unless the Court directs otherwise.

6.      Second Omnibus Motion of Debtors for Entry of an Order (I) Authorizing the Debtors to Reject Certain Executory Contracts and (II) Granting Certain Related Relief [Docket No. 386; Filed: 7/29/2019]

Objection Deadline:      August 5, 2019 at 4:00 p.m.

Related Document(s):

a)      Certification of Counsel Regarding Second Omnibus Order (I) Authorizing the Debtors to Reject Certain Executory Contracts and (II) Granting Certain Related Relief [Docket No. 423; Filed: 8/7/2019]

Response(s) Received:      Informal comments from the Official Committee of Unsecured Creditors

Status:      A revised proposed form of order has been filed under certification of counsel.  No hearing is necessary unless the Court directs otherwise.

**MATTERS GOING FORWARD**

7.      Notice of Filing of Notice to Counterparties to Potentially Assumed Executory Contracts and Unexpired Leases Regarding Cure Amounts and Possible Assignment to the Stalking Horse Bidder or Such Other Successful Bidder at Auction [Docket No. 187; Filed: 5/23/2019]

   Objection Deadline:              June 28, 2019 at 4:00 p.m. to Amended Notice

   Related Document(s):

   a)   Notice of Filing of Amended Notice to Counterparties to Potentially Assumed Executory Contracts and Unexpired Leases Regarding Cure Amounts and Possible Assignment to the Stalking Horse Bidder or Such Other Successful Bidder at Auction [Docket No. 257; Filed: 6/14/2019]

   b)   Notice of Assumption and Assignment of Executory Contracts and Unexpired Leases [Docket No. 303; Filed: 6/28/2019]

   Response(s) Received:

   a)   Objection and Reservation of Rights with Joinder to the Cure Amounts Proposed in, and Other Aspects of, the Debtors' Notice to Counterparties to Potentially Assumed Executory Contracts and Unexpired Leases Regarding Cure Amounts and Possible Assignment to the Stalking Horse Bidder or Such Other Successful Bidder at Auction filed by RDP 27, LLC, Rural Development Partners, LLC, U.S. Bancorp Community Development Corporation, USBCDC Investment Fund 158, LLC, USBCDE LLC, and USBCDE Sub-CDE 146, LLC [Docket No. 228; Filed: 6/12/2019]

   b)   Objection, Reservation of Rights and Response of the United Steelworkers to Cure Amount [Docket No. 250; Filed: 6/13/2019]

   c)   Objection and Reservation of Rights to Notice of Possible Assumption and Assignment of Certain Executory Contracts and Unexpired Leases filed by Fabrica de Papel San Francisco, S.A. de C.V. [Docket No. 277; Filed: 6/24/2019]

   d)   Dixie Pulp & Paper, Inc.'s Limited Objection and Reservation of Rights with Respect to (I) Notice to Counterparties to Potentially Assumed Executory Contracts and Unexpired Leases Regarding Cure Amounts and Possible Assignment to the Stalking Horse Bidder or Such Other Successful Bidder at Auction [D.I. 187] and (II) Amended Notice to Counterparties to Potentially Assumed Executory Contracts and Unexpired Leases Regarding Cure Amounts and Possible Assignment to the Stalking Horse Bidder or Such Other Successful Bidder at Auction [D.I. 257] [Docket No. 304; Filed: 6/28/2019]

70017881.1

e) Informal responses from Little Rapids Corporation; South Carolina Energy & Gas; Gellco Clothing & Shoes

Status:          This matter will go forward.

8.    Joint Statement Pursuant to Paragraph 43 of Order (I) Approving the Sale of Substantially All of the Debtors Assets Free and Clear of All Liens, Claims, Encumbrances, and Interests, (II) Authorizing the Assumption and Assignment of Contracts and Leases, and (III) Granting Related Relief [Docket No. 372; Filed: 7/19/2019]

Objection Deadline:          N/A

Related Document(s):          None.

Response(s) Received:          None.

Status:          This matter will go forward as a status conference.

9.    Evidentiary Hearing Regarding Dispute Between the Debtors and Fabrica de Papel San Francisco, S.A. de C.V.

Related Document(s):

a) Objection and Reservation of Rights to Notice of Possible Assumption and Assignment of Certain Executory Contracts and Unexpired Leases filed by Fabrica de Papel San Francisco, S.A. de C.V. [Docket No. 277; Filed: 6/24/2019]

b) Objection of Fabrica de Papel San Francisco S.A. de C.V. to Motion of Debtors for Entry of (I) an Order (A) Approving Bid Procedures in Connection with the Potential Sale of Substantially All of the Debtors' Assets (B) Scheduling an Auction and a Sale Hearing, (C) Approving the Form and Manner of Notice Thereof, (D) Authorizing the Debtors to Enter into the Option Agreement and the Stalking Horse Agreement, (E) Approving Bid Protections, (F) Approving Procedures for the Assumption and Assignment of Contracts and Leases, and (G) Granting Related Relief; and (II) an Order (A) Approving the Sale of Substantially All of the Debtors' Assets Free and Clear of All Liens, Claims, Encumbrances, and Interests, (B) Authorizing the Assumption and Assignment of Contracts and Leases, and (C) Granting Related Relief [Docket No. 287; Filed: 6/25/2019]

c) Debtors' Response to Objection and Reservation of Rights of Fabrica de Papel San Francisco, S.A. de C.V. [Docket No. 349; Filed: 7/11/2019]

d) Order Approving Stipulation Between the Debtors and Fabrica de Papel San Francisco, S.A. de C.V. [Docket No. 351; Entered: 7/12/2019]

5

e)   Notice of Service of Request for Production of Documents to Fabrica de Papel San Francisco, S.A. de C.V. and Debtors' Interrogatories to Fabrica de Papel San Francisco, S.A. de C.V. [Docket No. 365; Filed: 7/15/2019]

f)   Notice of Service of (i) Fabrica de Papel San Francisco, S.A. de C.V.'s First Set of Interrogatories to the Debtors and (ii) Fabrica de Papel San Francisco, S.A. de C.V.'s First Set of Document Requests to the Debtors [Docket No. 367; Filed: 7/15/2019]

g)   Notice of Deposition of the Debtors Pursuant to Fed.R.Civ.P. 30(b)(6) as incorporated by Fed.R.Bankr.P. 7030 and 9014 [Docket No. 379; Filed: 7/26/2019]

h)   Notice of Service of Debtors' Response to Fabrica de Papel San Francisco, S.A. de C.V.'s First Set of Interrogatories [Docket No. 381; Filed: 7/29/2019]

i)   Amended Notice of Deposition of Fabrica de Papel San Francisco, S.A. de C.V. Pursuant to Fed.R.Civ.P. 30(b)(6) as incorporated by Fed.R.Bankr.P. 7030 and 9014 [Docket No. 397; Filed: 7/31/2019]

**j)   Brief of Debtors in Support of Approving Assumption and Assignment of Certain Executory Contracts with Frabrica de Papel San Francisco, S.A. de C.V. [Docket No. 427; Filed: 8/8/2019]**

**k)   Pre-Hearing Brief of Fabrica de Papel San Francisco, S.A. de C.V. [Docket No. 428; Filed: 8/8/2019]**

Status:   This matter will go forward.

Dated: August **9**, 2019
          Wilmington, Delaware

Respectfully submitted,

**POLSINELLI PC**

 */s/ Shanti M. Katona*
Christopher A. Ward (Del. Bar No. 3877)
Shanti M. Katona (Del. Bar No. 5352)
Brenna A. Dolphin (Del. Bar No. 5604)
222 Delaware Avenue, Suite 1101
Wilmington, Delaware 19801
Telephone: (302) 252-0920
Facsimile: (302) 252-0921
cward@polsinelli.com
skatona@polsinelli.com
bdolphin@polsinelli.com

-and-

70017881.1

Jerry L. Switzer, Jr. (Admitted *Pro Hac Vice*)
150 N. Riverside Plaza, Suite 3000
Chicago, Illinois 60606
Telephone: (312) 819-1900
Facsimile: (312) 819-1910
jswitzer@polsinelli.com

*Counsel to the Debtors and*
*Debtors in Possession*

7

70017881.1