# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>ORCHIDS PAPER PRODUCTS COMPANY, *et al.*,[1]<br><br>       Debtors. | Chapter 11<br><br>Case No. 19-10729 (MFW)<br><br>Jointly Administered |
| OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF ORCHIDS PAPER PRODUCTS COMPANY, *et al.*,<br><br>       Plaintiffs,<br><br>v.<br><br>ORCHIDS INVESTMENT LLC and ANKURA TRUST COMPANY, LLC,<br><br>       Defendants and Third-Party Plaintiffs,<br><br>v.<br><br>ORCHIDS PAPER PRODUCTS COMPANY,<br><br>       Third-Party Defendant. | Adv. Pro. No. 19-50264 (MFW) |

## *SECOND AMENDED*[2] NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON SEPTEMBER 10, 2019 AT 10:30 A.M. (ET)

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are Orchids Paper Products Company, a Delaware corporation (6944), Orchids Paper Products Company of South Carolina, a Delaware corporation (7198), and Orchids Lessor SC, LLC, a South Carolina limited liability company (7298). The location of the Debtors' mailing address is 201 Summit View Drive, Suite 110, Brentwood, Tennessee 37027.

[2] Amended items appear bold.

70346587.1

**ADJOURNED MATTERS**

1.  Notice of Filing of Notice to Counterparties to Potentially Assumed Executory Contracts and Unexpired Leases Regarding Cure Amounts and Possible Assignment to the Stalking Horse Bidder or Such Other Successful Bidder at Auction [Docket No. 187; Filed: 5/23/2019]

    Objection Deadline:         June 28, 2019 at 4:00 p.m. to Amended Notice

    Related Document(s):

    a)  Notice of Filing of Amended Notice to Counterparties to Potentially Assumed Executory Contracts and Unexpired Leases Regarding Cure Amounts and Possible Assignment to the Stalking Horse Bidder or Such Other Successful Bidder at Auction [Docket No. 257; Filed: 6/14/2019]

    b)  Notice of Assumption and Assignment of Executory Contracts and Unexpired Leases [Docket No. 303; Filed: 6/28/2019]

    Response(s) Received:

    a)  Objection and Reservation of Rights with Joinder to the Cure Amounts Proposed in, and Other Aspects of, the Debtors' Notice to Counterparties to Potentially Assumed Executory Contracts and Unexpired Leases Regarding Cure Amounts and Possible Assignment to the Stalking Horse Bidder or Such Other Successful Bidder at Auction filed by RDP 27, LLC, Rural Development Partners, LLC, U.S. Bancorp Community Development Corporation, USBCDC Investment Fund 158, LLC, USBCDE LLC, and USBCDE Sub-CDE 146, LLC [Docket No. 228; Filed: 6/12/2019]

    b)  Objection, Reservation of Rights and Response of the United Steelworkers to Cure Amount [Docket No. 250; Filed: 6/13/2019]

    c)  Objection and Reservation of Rights to Notice of Possible Assumption and Assignment of Certain Executory Contracts and Unexpired Leases filed by Fabrica de Papel San Francisco, S.A. de C.V. [Docket No. 277; Filed: 6/24/2019]

    d)  Dixie Pulp & Paper, Inc.'s Limited Objection and Reservation of Rights with Respect to (I) Notice to Counterparties to Potentially Assumed Executory Contracts and Unexpired Leases Regarding Cure Amounts and Possible Assignment to the Stalking Horse Bidder or Such Other Successful Bidder at Auction [D.I. 187] and (II) Amended Notice to Counterparties to Potentially Assumed Executory Contracts and Unexpired Leases Regarding Cure Amounts and Possible Assignment to the Stalking Horse Bidder or Such Other Successful Bidder at Auction [D.I. 257] [Docket No. 304; Filed: 6/28/2019]

      e)      Informal responses from Little Rapids Corporation; South Carolina Energy & Gas; Gellco Clothing & Shoes

    Status:    **This matter has been adjourned to the next omnibus hearing scheduled for October 16, 2019 at 10:30 a.m. with respect to the CDE Lenders and their Objection and Reservation of Rights described at item a) of the Responses Received. Cascades Holdings US, Inc. has or is consensually resolving all outstanding issues with the remaining applicable counterparties. No hearing is necessary unless the Court directs otherwise.**

2.    Joint Statement Pursuant to Paragraph 43 of Order (I) Approving the Sale of Substantially all of the Debtors' Assets Free and Clear of All Liens, Claims, Encumbrances, and Interests, (II) Authorizing the Assumption and Assignment of Contracts and Leases, and (III) Granting Related Relief [Docket No. 437; Filed: 8/12/2019]

    Objection Deadline:    N/A

    Related Document(s):    None.

    Response(s) Received:    None.

    Status:    This matter has been adjourned to the next omnibus hearing scheduled for October 16, 2019 at 10:30 a.m.

## MATTER WITH CERTIFICATION OF COUNSEL

3.    Application of Debtors for Authority to Employ and Retain HoganTaylor LLP as Accountants Pursuant to Bankruptcy Code Sections 327 and 328, Bankruptcy Rule 2014, and Local Rules 2014 and 2016 *Nunc Pro Tunc* to July 23, 2019 [Docket No. 426; Filed: 8/8/2019]

    Objection Deadline:    August 22, 2019 at 4:00 p.m. (extended for certain parties)

    Related Document(s):

      a)      Supplemental Declaration of Anton C. Uth, Jr. in Support of the Debtors' Application for Authority to Employ and Retain HoganTaylor LLP as Accountants Pursuant to Bankruptcy Code Sections 327 and 328, Bankruptcy Rule 2014, and Local Rules 2014 and 2016 *Nunc Pro Tunc* to July 23, 2019 [Docket No. 492; Filed: 9/3/2019]

      b)      Certification of Counsel Regarding Order Authorizing the Debtors to Employ and Retain HoganTaylor LLP as Accountants Pursuant to Bankruptcy Code Sections 327 and 328, Bankruptcy Rule 2014, and Local Rules 2014 and 2016 *Nunc Pro Tunc* to July 23, 2019 [Docket No. 496; Filed: 9/4/2019]

  c)  Order Authorizing the Debtors to Employ and Retain HoganTaylor LLP as Accountants Pursuant to Bankruptcy Code Sections 327 and 328, Bankruptcy Rule 2014, and Local Rules 2014 and 2016 *Nunc Pro Tunc* to July 23, 2019 [Docket No. 501; Entered: 9/6/2019]

Response(s) Received:  Informal comments of the Office of the United States Trustee

Status:  An order has been entered. No hearing is necessary.

**MATTERS GOING FORWARD**

4. Motion of Debtors for Entry of an Order Extending the Exclusivity Period for the Filing of a Chapter 11 Plan and Solicitation of Acceptances Thereof [Docket No. 385; Filed: 7/29/2019]

  Objection Deadline:  August 5, 2019 at 4:00 p.m. (extended for certain parties)

  Related Document(s):  None.

  Response(s) Received:

    a)  Objection of the Official Committee of Unsecured Creditors to the Motion of Debtors for Entry of an Order Extending the Exclusivity Period for the Filing of a Chapter 11 Plan and Solicitation of Acceptances Thereof [Docket No. 499; Filed: 9/5/2019]

  Status:  This matter will go forward.

5. Motion for an Order Pursuant to Bankruptcy Rule 9019 Approving Settlement Agreement by and Among the Official Committee of Unsecured Creditors, Ankura Trust Company, LLC and Orchids Investment LLC [Docket No. 480; Filed: 8/27/2019]

  Objection Deadline:  September 9, 2019 at 4:00 p.m.

  Related Document(s):

    a)  Order Granting Motion to Shorten Notice on Motion for Order Pursuant to Bankruptcy Rule 9019 Approving Settlement Agreement by and among the Official Committee of Unsecured Creditors, Ankura Trust Company, LLC and Orchids Investment LLC [Docket No. 483; Entered: 8/28/2019]

    b)  Notice of Hearing Regarding Motion for an Order Pursuant to Bankruptcy Rule 9019 Approving Settlement Agreement by and Among the Official Committee of Unsecured Creditors, Ankura Trust Company, LLC and Orchids Investment LLC [Docket No. 484; Filed: 8/28/2019]

      c)    Certification of Counsel Submitting Signed Settlement Agreement Regarding Motion for an Order Pursuant to Bankruptcy Rule 9019 Approving Settlement Agreement by and Among the Official Committee of Unsecured Creditors, Ankura Trust Company, LLC and Orchids Investment LLC [Docket No. 485; Filed: 8/28/2019]

      d)    Notice of Filing Order Approving Motion for an Order Pursuant to Bankruptcy Rule 9019 Approving Settlement Agreement by and Among the Official Committee of Unsecured Creditors, Ankura Trust Company, LLC and Orchids Investment LLC [Docket No. 498; Filed: 9/5/2019]

Response(s) Received:

      **a)**    **Objection of the United States Trustee to the Motion for an Order Pursuant to Bankruptcy Rule 9109 Approving Settlement Agreement by and Among the Official Committee of Unsecured Creditors, Ankura Trust Company, LLC and Orchids Investment LLC [Docket No. 507; Filed: 9/9/2019]**

Status:    This matter will go forward.

## **ADVERSARY PROCEEDING**

6.    Status conference on above-captioned adversary proceeding

    Status:    In light of the Committee's Settlement Motion (Agenda Matter Number 5), a status conference is not necessary at this time.

Dated: September 9, 2019            Respectfully submitted,
       Wilmington, Delaware

**POLSINELLI PC**

*/s/ Shanti M. Katona*
Christopher A. Ward (Del. Bar No. 3877)
Shanti M. Katona (Del. Bar No. 5352)
Brenna A. Dolphin (Del. Bar No. 5604)
222 Delaware Avenue, Suite 1101
Wilmington, Delaware 19801
Telephone: (302) 252-0920
Facsimile: (302) 252-0921
cward@polsinelli.com
skatona@polsinelli.com
bdolphin@polsinelli.com

-and-

Jerry L. Switzer, Jr. (Admitted *Pro Hac Vice*)
150 N. Riverside Plaza, Suite 3000
Chicago, Illinois 60606
Telephone: (312) 819-1900
Facsimile: (312) 819-1910
jswitzer@polsinelli.com

*Counsel to the Debtors and
Debtors in Possession*