**IN THE UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>ORCHIDS PAPER PRODUCTS COMPANY, *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 19-10729 (MFW)<br><br>(Jointly Administered)<br><br>Re: Docket Nos. 480, 483, 484 & 485 |

**ORDER APPROVING MOTION FOR AN ORDER PURSUANT TO BANKRUPTCY RULE 9019 APPROVING SETTLEMENT AGREEMENT BY AND AMONG THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, <u>ANKURA TRUST COMPANY, LLC AND ORCHIDS INVESTMENT LLC</u>**

Upon the 9019 Motion[2] of the Committee, the Lender, and the Agent, pursuant to Fed. R. Bankr. P. 9019, approving the Settlement Agreement between the Parties and resolving the all matters related to the Committee Lien Challenge and the Committee Sale Objection; and the Court having jurisdiction to consider the 9019 Motion and the relief requested therein pursuant to 28 U.S.C. §§ 157(a) and (b) and 1334(b); and consideration of the 9019 Motion and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b) in which the Court may enter a final order; and venue being proper pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court having determined that granting the relief requested in the 9019 Motion is fair, reasonable and in the interest of the Settlement Parties, the Debtors and their estates; and any objections filed with

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are Orchids Paper Products Company, a Delaware corporation (6944), Orchids Paper Products Company of South Carolina, a Delaware corporation (7198), and Orchids Lessor SC, LLC, a South Carolina limited liability company (7298). The location of the Debtors' mailing address is 201 Summit View Drive, Suite 110, Brentwood, Tennessee 37027.

[2] Terms not otherwise defined herein shall have the meaning afforded to them in the 9019 Motion [Docket No. 480] or the Settlement Agreement attached as Exhibit A of the 9019 Motion.

respect to the 9019 Motion having been resolved, withdrawn or overruled by the Court; and notice of the Motion being sufficient under the circumstances; and after due deliberation and sufficient cause appearing therefor;

**IT IS HEREBY ORDERED THAT**:

1. The Settlement Agreement is approved.

2. The Settlement Parties are authorized to enter into the Settlement Agreement and take all actions necessary to consummate its terms and conditions.

3. The form and manner of notice of the 9019 Motion is hereby determined to be sufficient and adequate under the circumstances, and the limitation of the notice of the 9019 Motion is hereby approved pursuant to Bankruptcy Rule 2002.

4. This Order shall be effective immediately upon its entry by the Court.

5. This Court shall retain jurisdiction with respect to all matters arising from or related to the implementation of this Order. No distribution of the Settlement Amount is authorized by this Order or shall be made absent confirmation of a chapter 11 plan or further order of this Court on a motion on notice. The rights of all parties in interest, including but not limited to the United States Trustee, to object to any such distribution are preserved.

**Dated: September 12th, 2019**
**Wilmington, Delaware**

**MARY F. WALRATH**
**UNITED STATES BANKRUPTCY JUDGE**