**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>OPP LIQUIDATING COMPANY, INC. (f/k/a Orchids Paper Products Company), *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 19-10729 (MFW)<br><br>(Jointly Administered) |

**DECLARATION OF JAMES F. DALOIA OF
PRIME CLERK LLC REGARDING THE
SOLICITATION OF VOTES AND TABULATION OF
BALLOTS CAST ON THE SECOND AMENDED PLAN OF
LIQUIDATION OF ORCHIDS PAPER PRODUCTS COMPANY
AND ITS AFFILIATED DEBTORS**

I, James F. Daloia, declare, under the penalty of perjury:

1. I am a Director, Global Corporate Actions at Prime Clerk LLC ("Prime Clerk"), located at One Grand Central Place, 60 East 42nd Street, Suite 1440, New York, New York 10165. I am over the age of eighteen years and not a party to the above-captioned action. Unless otherwise noted, I have personal knowledge of the facts set forth herein.

2. I submit this Declaration with respect to the solicitation of votes and the tabulation of Ballots[1] cast on the *Second Amended Combined Disclosure Statement and Chapter 11 Plan of Liquidation of Orchids Paper Products Company and its Affiliated Debtors*, dated October 18, 2019 [Docket No. 574] (as may be amended, supplemented, or modified from time to time, the "Plan"). Except as otherwise noted, all facts set forth herein are based on my personal knowledge, knowledge that I acquired from individuals under my supervision, and my review of relevant documents. I am authorized to submit this Declaration on behalf of Prime Clerk. If I were called

---

[1] All capitalized terms used by not otherwise defined herein have the meanings ascribed to them in the Plan or Disclosure Statement Order (as defined below), as applicable.

to testify, I could and would testify competently as to the facts set forth herein.

3. This Court authorized Prime Clerk's retention as (a) the claims and noticing agent to the above-captioned debtors and debtors in possession (collectively, the "Debtors") pursuant to the *Order (I) Authorizing Retention and Appointment of Prime Clerk LLC as Claims and Noticing Agent To The Debtors, Effective Nunc Pro to the Petition Date, and (II) Granting Related Relief* dated April 3, 2019 [Docket No. 32] and (b) the administrative advisor pursuant to the *Order Authorizing Employment and Retention of Prime Clerk LLC as Administrative Advisor Nunc Pro Tunc to* August 21, 2019 [Docket No. 559] (collectively, the "Retention Orders"). The Retention Orders authorize Prime Clerk to assist the Debtors with, among other things, the service of solicitation materials and tabulation of votes cast to accept or reject the Plan. Prime Clerk and its employees have considerable experience in soliciting and tabulating votes to accept or reject Chapter 11 plans.

**Service and Transmittal of Solicitation Packages and the Tabulation Process**

4. Pursuant to the *Order (I) Approving the Adequacy of the Disclosures in the Second Amended Combined Plan and Disclosure Statement on an Interim Basis; (II) Scheduling the Confirmation Hearing and Deadline for Filing Objections, (III) Establishing Procedures for the Solicitation and Tabulation of Votes to Accept or Reject the Second Amended Combined Plan and Disclosure Statement, (IV) Approving the Form of Ballot and Solicitation Package, and (V) Approving the Notice Provisions;* dated October 18, 2019 [Docket No. 577] (the "Disclosure Statement Order"), the Court established procedures to solicit votes from, and tabulate Ballots submitted by, holders of claims entitled to vote on the Plan (the "Solicitation Procedures"). Prime Clerk adhered to the Solicitation Procedures outlined in the Disclosure Statement Order and, among other things, distributed Solicitation Packages (including Ballots) to parties entitled to vote on the Plan. I supervised the solicitation and tabulation performed by Prime Clerk's employees.

5. The Solicitation Procedures established October 16, 2019 as the record date (the "Voting Record Date") for determining which creditors were entitled to vote on the Plan. Pursuant to the Plan and the Solicitation Procedures, only holders as of the Voting Record Date in the following classes were entitled to vote to accept or reject the Plan (the "Voting Classes"):

| Plan Class | Class Description |
|---|---|
| 4 | General Unsecured Claims |

No other classes were entitled to vote on the Plan.

6. In accordance with the Solicitation Procedures, Prime Clerk worked closely with the Debtors' advisors to identify the holders entitled to vote in the Voting Classes as of the Voting Record Date, and to coordinate the distribution of solicitation materials to these holders. A detailed description of Prime Clerk's distribution of solicitation materials is set forth in Prime Clerk's *Affidavit of Service of Solicitation Materials*, which was filed with this Court on October 30, 2019 [Docket No. 599].

7. In accordance with the Solicitation Procedures, Prime Clerk received, reviewed, determined the validity of, and tabulated the Ballots submitted to vote on the Plan. Each Ballot submitted to Prime Clerk was date-stamped, scanned, assigned a ballot number, entered into Prime Clerk's voting database and processed in accordance with the Solicitation Procedures. To be included in the tabulation results as valid, a Ballot must have been (a) properly completed pursuant to the Solicitation Procedures, (b) executed by the relevant holder entitled to vote on the Plan (or such holder's authorized representative), (c) returned to Prime Clerk via an approved method of delivery set forth in the Solicitation Procedures, and (d) received by Prime Clerk by 4:00 p.m. (prevailing Eastern Time) on December 2, 2019 (the "Voting Deadline"), except to the extent such Voting Deadline was extended by the Debtors in their sole discretion.

8. All valid Ballots cast by holders entitled to vote in the Voting Classes and received

by Prime Clerk on or before the Voting Deadline (or such later date as extended by the Debtors in their sole discretion) were tabulated pursuant to the Solicitation Procedures.

9. The final tabulation of votes cast by timely and properly completed Ballots received by Prime Clerk is attached hereto as **Exhibit A**.

10. A report of all Ballots excluded from the final tabulation prepared by Prime Clerk, and the reasons for exclusion of such Ballots, is attached hereto as **Exhibit B**.

*[Remainder of Page Intentionally Left Blank]*

To the best of my knowledge, information and belief, I declare under penalty of perjury that the foregoing information concerning the distribution, submission and tabulation of ballots in connection with the Plan is true and correct.

Dated: December 6, 2019

_____
James F. Daloia
Director, Global Corporate Actions
Prime Clerk LLC

**Exhibit A**

**Orchids Paper Products Company,** *et al.*
**Exhibit A - Tabulation Summary**

| Class | Class Description | Number Accepting | Number Rejecting | AmountAccepting | AmountRejecting | Class Voting Result |
|---|---|---|---|---|---|---|
| | | % | % | % | % | |
| 4 | General Unsecured Claims against all Debtors | 29 | 3 | $649,745.08 | $48,204.81 | ACCEPT |
| | | 90.62% | 9.38% | 93.09% | 6.91% | |

**Exhibit B**

**Orchids Paper Products Company, et al.**
**Exhibit B - Report of Ballots Excluded from Tabulation**

| Plan Class | Plan Class Description | Creditor Name | Voting Amount | Accept/Reject | Reason(s) for Exclusion |
|---|---|---|---|---|---|
| 4 | General Unsecured Claims | REDBUD PHYSICAL THERAPY LLC | $1,000.00 | | Did not vote to accept or reject the Plan |
| 4 | General Unsecured Claims | CONTINENTAL CARBONIC PRODUCTS INC. | $2,209.66 | | Did not vote to accept or reject the Plan |
| 4 | General Unsecured Claims | BUSINESS COMPUTER TECHNOLOGIES INC | $270.00 | | Did not vote to accept or reject the Plan |
| 4 | General Unsecured Claims | SUN CHEMICAL CORPORATION | $101,772.00 | | Did not vote to accept or reject the Plan |
| 4 | General Unsecured Claims | RED CLASSIC TRANSPORTATION SERVICES, LLC | $1,778.86 | | Did not vote to accept or reject the Plan |
| 4 | General Unsecured Claims | BRENNTAG MID SOUTH | $41,908.38 | | Did not vote to accept or reject the Plan |
| 4 | General Unsecured Claims | BRENNTAG MID-SOUTH | $30,759.38 | | Did not vote to accept or reject the Plan |