## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| OPP LIQUIDATING COMPANY, INC. (f/k/a Orchids Paper Products Company), *et al.*,[1] | Case No. 19-10729 (MFW) |
| Debtors. | Jointly Administered |

## NOTICE OF AGENDA OF MATTERS SCHEDULED
## FOR HEARING ON DECEMBER 11, 2019 AT 10:30 A.M. (ET)

### MATTER GOING FORWARD

1.      Confirmation of Chapter 11 Plan of Liquidation

   Objection Deadline:           December 2, 2019 at 4:00 p.m.

   Related Document(s):

   a)      Combined Disclosure Statement and Chapter 11 Plan of Liquidation of Orchids Paper Products Company, *et al.* [Docket No. 538; Filed: 9/27/2019]

   b)      First Amended Combined Disclosure Statement and Chapter 11 Plan of Liquidation of Orchids Paper Products Company, *et al.* [Docket No. 557; Filed: 10/15/2019]

   c)      [BLACKLINE] First Amended Combined Disclosure Statement and Chapter 11 Plan of Liquidation of Orchids Paper Products Company, *et al.* [Docket No. 558; Filed: 10/15/2019]

   d)      Second Amended Combined Disclosure Statement and Chapter 11 Plan of Liquidation of Orchids Paper Products Company, *et al.* [Docket No. 574; Filed: 10/18/2019]

   e)      [BLACKLINE] Second Amended Combined Disclosure Statement and Chapter 11 Plan of Liquidation of Orchids Paper Products Company, *et al.* [Docket No. 575; Filed: 10/18/2019]

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are OPP Liquidating Company, Inc., a Delaware corporation (6944) (f/k/a Orchids Paper Products Company), OPP Liquidating Company of South Carolina, Inc., a Delaware corporation (7198) (f/k/a Orchids Paper Products Company of South Carolina), and OLSC Liquidating Company, LLC, a South Carolina limited liability company (7298) (f/k/a Orchids Lessor SC, LLC).

71551311.1

f)    Order (I) Approving the Adequacy of the Disclosures in the Second Amended Combined Plan and Disclosure Statement on an Interim Basis, (II) Scheduling the Confirmation Hearing and Deadline for Filing Objections, (III) Establishing Procedures for The Solicitation and Tabulation of Votes to Accept or Reject the Second Amended Combined Plan and Disclosure Statement, (IV) Approving the Form of Ballot and Solicitation Package, and (V) Approving the Notice Provisions [Docket No. 577; Entered: 10/18/2019]

g)    Notice of Filing of Plan Supplement [Docket No. 612; Filed: 11/18/2019]

h)    Declaration of James F. Daloia of Prime Clerk LLC Regarding the Solicitation of Votes and Tabulation of Ballots Cast on the Second Modified Joint Plan of Liquidation of Orchids Paper Products Company and Its Affiliated Debtors [Docket No. 630; Filed; 12/6/2019]

i)    Third Amended Combined Disclosure Statement and Chapter 11 Plan of Liquidation of Orchids Paper Products Company, *et al.* [Docket No. 631; Filed: 12/6/2019]

j)    [Blackline] Third Amended Combined Disclosure Statement and Chapter 11 Plan of Liquidation of Orchids Paper Products Company, *et al.* [Docket No. 632; Filed: 12/6/2019]

k)    Declaration of Richard S. Infantino, Interim Chief Strategy Officer of Orchids Paper Products Company, in Support of Confirmation of the Combined Disclosure Statement and Chapter 11 Plan of Liquidation of Orchids Paper Products Company, *et al.* [Docket No. 633; Filed: 12/6/2019]

l)    Debtors' Memorandum of Law in Support of Entry of an Order Confirming the Third Amended Combined Disclosure Statement and Chapter 11 Plan of Liquidation of Orchids Paper Products Company, *et al.* [Docket No. 634; Filed: 12/6/2019]

m)    Notice of Filing of *Proposed* Findings of Fact, Conclusions of Law, and Order Confirming the Combined Disclosure Statement and Chapter 11 Plan of Orchids Paper Products Company, *et al.* [Docket No. 635; Filed: 12/6/2019]

71551311.1

Response(s) Received:

    a)    Objection of the Securities and Exchange Commission to Interim Approval of the Disclosure in the Combined Chapter 11 Plan of Liquidation and Disclosure Statement of Orchids Paper Products Company, *et al.* [Docket No. 546; Filed: 10/9/2019]

    b)    Objection of the United States Trustee to Motion of Debtors for an Order (I) Approving the Adequacy of the Disclosures in the Combined Plan and Disclosure Statement on an Interim Basis, (II) Scheduling the Confirmation Hearing and Deadline for Filing Objections, (III) Establishing Procedures for the Solicitation and Tabulation of Votes to Accept or Reject the Combined Plan and Disclosure Statement, (IV) Approving the Form of Ballot and Solicitation Package, and (V) Approving the Notice Provisions [Docket No. 547; Filed: 10/9/2019]

    c)    Objection of the Official Committee of Unsecured Creditors to the Debtors' Motion for an Order (I) Approving the Adequacy of the Disclosures in the Combined Plan and Disclosure Statement on an Interim Basis, (II) Scheduling the Confirmation Hearing and Deadline for Filing Objections, (III) Establishing Procedures for the Solicitation and Tabulation of Votes to Accept or Reject the Combined Plan and Disclosure Statement, (IV) Approving the Form of Ballot and Solicitation Package, and (V) Approving the Notice Provisions [Docket No. 555; Filed: 10/11/2019]

    d)    Debtors' Omnibus Reply to Objections to the Debtors' Motion for Entry of an Order Granting Interim Approval of Their Disclosure Statement and Approving Related Solicitation Procedures [Docket No. 563; Filed: 10/15/2019]

    Status:    This matter will go forward

## FEE APPLICATIONS

2.    Professionals' Fee Applications (See Exhibit A)

    Related Document(s):    See Exhibit A

    Response(s) Received:    See Exhibit A

    Status:    Proposed orders have been filed under certifications of counsel. No hearing is necessary unless the Court directs otherwise.

71551311.1

Dated: December 9, 2019
          Wilmington, Delaware

Respectfully submitted,

**POLSINELLI PC**

*/s/ Shanti M. Katona*
Christopher A. Ward (Del. Bar No. 3877)
Shanti M. Katona (Del. Bar No. 5352)
Brenna A. Dolphin (Del. Bar No. 5604)
222 Delaware Avenue, Suite 1101
Wilmington, Delaware 19801
Telephone: (302) 252-0920
Facsimile: (302) 252-0921

-and-

Jerry L. Switzer, Jr. (Admitted *Pro Hac Vice*)
150 N. Riverside Plaza, Suite 3000
Chicago, Illinois 60606
Telephone: (312) 819-1900
Facsimile: (312) 819-1910

*Counsel to the Debtors and*
*Debtors in Possession*

71551311.1

# **<u>EXHIBIT A</u>**

71551311.1

## FEE APPLICATIONS

**POLSINELLI PC**

1.  Second Interim Fee Application of Polsinelli PC for Compensation and Reimbursement of Expenses as Counsel to the Debtors and Debtors in Possession for the Period from July 1, 2019 Through September 30, 2019 [Docket No. 588; Filed: 10/25/2019]

    a.  Fourth Monthly Fee Application of Polsinelli PC for Compensation and Reimbursement of Expenses as Counsel to the Debtors and Debtors in Possession for the Period from July 1, 2019 Through July 31, 2019 [Docket No. 489; Filed: 8/29/2019]

    b.  *No Order Required* Certificate of No Objection Regarding Fourth Monthly Fee Application of Polsinelli PC for Compensation and Reimbursement of Expenses as Counsel to the Debtors and Debtors in Possession for the Period from July 1, 2019 Through July 31, 2019 [Docket No. 530; Filed: 9/20/2019]

    c.  Fifth Monthly Fee Application of Polsinelli PC for Compensation and Reimbursement of Expenses as Counsel to the Debtors and Debtors in Possession for the Period from August 1, 2019 Through August 31, 2019 [Docket No. 532; Filed: 9/23/2019]

    d.  *No Order Required* Certificate of No Objection Regarding Fourth Monthly Fee Application of Polsinelli PC for Compensation and Reimbursement of Expenses as Counsel to the Debtors and Debtors in Possession for the Period from August 1, 2019 Through August 31, 2019 [Docket No. 570; Filed: 10/16/2019]

    e.  Sixth Monthly Fee Application of Polsinelli PC for Compensation and Reimbursement of Expenses as Counsel to the Debtors and Debtors in Possession for the Period from September 1, 2019 Through September 30, 2019 [Docket No. 583; Filed: 10/24/2019]

    f.  *No Order Required* Certificate of No Objection Regarding Sixth Monthly Fee Application of Polsinelli PC for Compensation and Reimbursement of Expenses as Counsel to the Debtors and Debtors in Possession for the Period from September 1, 2019 Through September 30, 2019 [Docket No. 609; Filed: 11/15/2019]

    g.  Certification of Counsel Regarding Omnibus Order Approving Professionals' Interim Fee Applications [Docket No. 621; Filed: 11/25/2019]

**HOGANTAYLOR LLP**

2.    First Monthly and Interim Fee Application of HoganTaylor LLP for Compensation and Reimbursement of Expenses as Accountants to the Debtors and Debtors in Possession for the Period from July 23, 2019 Through October 11, 2019 [Docket No. 589; Filed: 10/25/2019]

   a.    Certification of Counsel Regarding Omnibus Order Approving Professionals' Interim Fee Applications [Docket No. 621; Filed: 11/25/2019]

**ALVAREZ & MARSAL NORTH AMERICA, LLC**

3.    Second Interim Fee Application of Alvarez & Marsal North America, LLC for Payment of Compensation and Reimbursement of Expenses as Financial Advisor to the Official Committee of Unsecured Creditors for the Period from July 1, 2019 Through September 30, 2019 [Docket No. 591; Filed: 10/29/2019]

   a.    Third Monthly Fee Application of Alvarez & Marsal North America, LLC for Payment of Compensation and Reimbursement of Expenses as Financial Advisor to the Official Committee of Unsecured Creditors for the Period from July 1, 2019 Through July 31, 2019 [Docket No. 459; Filed: 8/20/2019]

   b.    *No Order Required* Certificate of No Objection Regarding Third Monthly Fee Application of Alvarez & Marsal North America, LLC for Payment of Compensation and Reimbursement of Expenses as Financial Advisor to the Official Committee of Unsecured Creditors for the Period from July 1, 2019 Through July 31, 2019 [Docket No. 519; Filed: 9/12/2019]

   c.    Fourth Monthly Fee Application of Alvarez & Marsal North America, LLC for Payment of Compensation and Reimbursement of Expenses as Financial Advisor to the Official Committee of Unsecured Creditors for the Period from August 1, 2019 Through August 31, 2019 [Docket No. 527; Filed: 9/17/2019]

   d.    *No Order Required* Certificate of No Objection Regarding Fourth Monthly Fee Application of Alvarez & Marsal North America, LLC for Payment of Compensation and Reimbursement of Expenses as Financial Advisor to the Official Committee of Unsecured Creditors for the Period from August 1, 2019 Through August 31, 2019 [Docket No. 549; Filed: 10/10/2019]

71551311.1

e. Fifth Monthly Fee Application of Alvarez & Marsal North America, LLC for Payment of Compensation and Reimbursement of Expenses as Financial Advisor to the Official Committee of Unsecured Creditors for the Period from September 1, 2019 Through September 13, 2019 [Docket No. 584; Filed: 10/24/2019]

f. Sixth Monthly Fee Application of Alvarez & Marsal North America, LLC for Payment of Compensation and Reimbursement of Expenses as Financial Advisor to the Official Committee of Unsecured Creditors for the Period from September 14, 2019 Through September 30, 2019 [Docket No. 587; Filed: 10/24/2019]

g. *No Order Required* Certificate of No Objection Regarding Fifth Monthly Fee Application of Alvarez & Marsal North America, LLC for Payment of Compensation and Reimbursement of Expenses as Financial Advisor to the Official Committee of Unsecured Creditors for the Period from September 1, 2019 Through September 13, 2019 [Docket No. 610; Filed: 11/18/2019]

h. *No Order Required* Certificate of No Objection Regarding Sixth Monthly Fee Application of Alvarez & Marsal North America, LLC for Payment of Compensation and Reimbursement of Expenses as Financial Advisor to the Official Committee of Unsecured Creditors for the Period from September 14, 2019 Through September 30, 2019 [Docket No. 611; Filed: 11/18/2019]

i. Certification of Counsel Regarding Omnibus Order Approving Professionals' Interim Fee Applications [Docket No. 621; Filed: 11/25/2019]

**MONTGOMERY MCCRACKEN WALKER & RHOADS LLP**

4. First Interim Fee Application of Montgomery McCracken Walker & Rhoads LLP for Compensation for Services Rendered and Reimbursement of Expenses as Co-Counsel to the Official Committee of Unsecured Creditors for the Period of June 3, 2019 Through September 30, 2019 [Docket No. 596; Filed: 10/29/2019]

a. First Monthly Fee Application of Montgomery McCracken Walker & Rhoads LLP for Compensation for Services Rendered and Reimbursement of Expenses as Co-Counsel to the Official Committee of Unsecured Creditors for the Period from June 3, 2019 Through June 30, 2019 [Docket No. 445; Filed: 8/14/2019]

b.      Reservation of Rights of the Debtors with Respect to the Monthly Fee Applications of Dean Machinery International, Inc., Montgomery McCracken Walker & Rhoads LLP, and Final Fee Application of CKR Law LLP as Professional Advisors to the Official Committee of Unsecured Creditors [Docket No. 493; Filed: 9/3/2019]

c.      *No Order Required* Certificate of No Objection Regarding First Monthly Application of Montgomery McCracken Walker & Rhoads LLP for Compensation for Services Rendered and Reimbursement of Expenses as Co-Counsel to the Official Committee of Unsecured Creditors for the Period from June 3, 2019 Through June 30, 2019 [Docket No. 502; Filed: 9/6/2019]

d.      Second Monthly Fee Application of Montgomery McCracken Walker & Rhoads LLP for Compensation for Services Rendered and Reimbursement of Expenses as Co-Counsel to the Official Committee of Unsecured Creditors for the Period from July 1, 2019 Through July 31, 2019 [Docket No. 592; Filed: 10/29/2019]

e.      Third Monthly Fee Application of Montgomery McCracken Walker & Rhoads LLP for Compensation for Services Rendered and Reimbursement of Expenses as Co-Counsel to the Official Committee of Unsecured Creditors for the Period from August 1, 2019 Through August 31, 2019 [Docket No. 593; Filed: 10/29/2019]

f.      Fourth Monthly Fee Application of Montgomery McCracken Walker & Rhoads LLP for Compensation for Services Rendered and Reimbursement of Expenses as Co-Counsel to the Official Committee of Unsecured Creditors for the Period from September 1, 2019 Through September 30, 2019 [Docket No. 594; Filed: 10/29/2019]

g.      *No Order Required* Certificate of No Objection Regarding Second Monthly Application of Montgomery McCracken Walker & Rhoads LLP for Compensation for Services Rendered and Reimbursement of Expenses as Co-Counsel to the Official Committee of Unsecured Creditors for the Period from July 1, 2019 Through July 31, 2019 [Docket No. 614; Filed: 11/21/2019]

h.      *No Order Required* Certificate of No Objection Regarding Third Monthly Application of Montgomery McCracken Walker & Rhoads LLP for Compensation for Services Rendered and Reimbursement of Expenses as Co-Counsel to the Official Committee of Unsecured Creditors for the Period from August 1, 2019 Through August 31, 2019 [Docket No. 615; Filed: 11/21/2019]

71551311.1

    i.      *No Order Required* Certificate of No Objection Regarding Fourth Monthly Application of Montgomery McCracken Walker & Rhoads LLP for Compensation for Services Rendered and Reimbursement of Expenses as Co-Counsel to the Official Committee of Unsecured Creditors for the Period from September 1, 2019 Through September 30, 2019 [Docket No. 616; Filed: 11/21/2019]

    j.      Certification of Counsel Regarding Omnibus Order Approving Professionals' Interim Fee Applications [Docket No. 621; Filed: 11/25/2019]

**HOULIHAN LOKEY CAPITAL, INC.**

5.      Combined Fifth Monthly and Final Fee Application of Houlihan Lokey Capital, Inc. for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses as Financial Advisor and Investment Banker to the Debtors for the (I) Monthly Period of August 1, 2019 through August 31, 2019 and (II) Final Period of April 1, 2019 through September 13, 2019 [Docket No. 605; Filed: 10/25/2019]

    a.      Fourth Monthly Fee Application of Houlihan Lokey Capital, Inc. for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses as Financial Advisor and Investment Banker to the Debtors for the period of July 1, 2019 through July 31, 2019 [Docket No. 520; Filed: 9/12/2019]

    b.      *No Order Required* Certificate of No Objection Regarding Fourth Monthly Fee Application of Houlihan Lokey Capital, Inc. for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses as Financial Advisor and Investment Banker to the Debtors for the period of July 1, 2019 through July 31, 2019 [Docket No. 545; Filed: 10/4/2019]

    c.      Certification of Counsel Regarding Order Approving Combined Fifth Monthly and Final Fee Application of Houlihan Lokey Capital, Inc. for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses as Financial Advisor and Investment Banker to the Debtors for the (I) Monthly Period of August 1, 2019 through August 31, 2019 and (II) Final Period of April 1, 2019 through September 13, 2019 [Docket No. 629; Filed: 12/6/2019]

71551311.1