# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| OPP LIQUIDATING COMPANY, INC. (f/k/a Orchids Paper Products Company), *et al.*,[1] | Case No. 19-10729 (MFW) |
| Debtors. | Jointly Administered |
| | **Hearing Date: January 6, 2020 at 2:00 p.m.** |

## NOTICE OF ADJOURNED CONFIRMATION HEARING

**PLEASE TAKE NOTICE** that the hearing on confirmation of the above-captioned debtors' combined plan and disclosure statement (the "**Confirmation Hearing**") originally scheduled for December 11, 2019 at 10:30 a.m. has been adjourned to **January 6, 2020 at 2:00 p.m. (ET)**.

**PLEASE TAKE FURTHER NOTICE** that the Confirmation Hearing will be held before the Honorable Mary F. Walrath, at the United States Bankruptcy Court for the District of Delaware, 5th Floor, Courtroom No. 4, 824 Market Street, Wilmington, Delaware 19801.

*[remainder of page intentionally left blank]*

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are OPP Liquidating Company, Inc., a Delaware corporation (6944) (f/k/a Orchids Paper Products Company), OPP Liquidating Company of South Carolina, Inc., a Delaware corporation (7198) (f/k/a Orchids Paper Products Company of South Carolina), and OLSC Liquidating Company, LLC, a South Carolina limited liability company (7298) (f/k/a Orchids Lessor SC, LLC).

71627616.1

| | |
|---|---|
| Dated: December 12, 2019<br>Wilmington, Delaware | Respectfully submitted,<br><br>**POLSINELLI PC**<br><br> */s/ Shanti M. Katona* <br>Christopher A. Ward (Del. Bar No. 3877)<br>Shanti M. Katona (Del. Bar No. 5352)<br>Brenna A. Dolphin (Del. Bar No. 5604)<br>222 Delaware Avenue, Suite 1101<br>Wilmington, Delaware 19801<br>Telephone: (302) 252-0920<br>Facsimile: (302) 252-0921<br>cward@polsinelli.com<br>skatona@polsinelli.com<br>bdolphin@polsinelli.com<br><br>-and-<br><br>Jerry L. Switzer, Jr. (Admitted *Pro Hac Vice*)<br>150 N. Riverside Plaza, Suite 3000<br>Chicago, Illinois 60606<br>Telephone: (312) 819-1900<br>Facsimile: (312) 819-1910<br>jswitzer@polsinelli.com<br><br>*Counsel to the Debtors and*<br>*Debtors in Possession* |

71627616.1                                                    2