**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>OPP LIQUIDATING COMPANY, INC. (f/k/a Orchids Paper Products Company), *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 19-10729 (MFW)<br><br>Jointly Administered |

**NOTICE OF AGENDA OF MATTERS SCHEDULED
FOR HEARING ON JANUARY 6, 2020 AT 2:00 P.M. (ET)**

**CONTINUED MATTER**

1.  Confirmation of Chapter 11 Plan of Liquidation

    <u>Objection Deadline</u>:     December 2, 2019 at 4:00 p.m.

    <u>Related Document(s)</u>:

    a)  Combined Disclosure Statement and Chapter 11 Plan of Liquidation of Orchids Paper Products Company, *et al*. [Docket No. 538; Filed: 9/27/2019]

    b)  First Amended Combined Disclosure Statement and Chapter 11 Plan of Liquidation of Orchids Paper Products Company, *et al.* [Docket No. 557; Filed: 10/15/2019]

    c)  [BLACKLINE] First Amended Combined Disclosure Statement and Chapter 11 Plan of Liquidation of Orchids Paper Products Company, *et al.* [Docket No. 558; Filed: 10/15/2019]

    d)  Second Amended Combined Disclosure Statement and Chapter 11 Plan of Liquidation of Orchids Paper Products Company, *et al.* [Docket No. 574; Filed: 10/18/2019]

    e)  [BLACKLINE] Second Amended Combined Disclosure Statement and Chapter 11 Plan of Liquidation of Orchids Paper Products Company, *et al.* [Docket No. 575; Filed: 10/18/2019]

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are OPP Liquidating Company, Inc., a Delaware corporation (6944) (f/k/a Orchids Paper Products Company), OPP Liquidating Company of South Carolina, Inc., a Delaware corporation (7198) (f/k/a Orchids Paper Products Company of South Carolina), and OLSC Liquidating Company, LLC, a South Carolina limited liability company (7298) (f/k/a Orchids Lessor SC, LLC).

f) Order (I) Approving the Adequacy of the Disclosures in the Second Amended Combined Plan and Disclosure Statement on an Interim Basis, (II) Scheduling the Confirmation Hearing and Deadline for Filing Objections, (III) Establishing Procedures for The Solicitation and Tabulation of Votes to Accept or Reject the Second Amended Combined Plan and Disclosure Statement, (IV) Approving the Form of Ballot and Solicitation Package, and (V) Approving the Notice Provisions [Docket No. 577; Entered: 10/18/2019]

g) Notice of Filing of Plan Supplement [Docket No. 612; Filed: 11/18/2019]

h) Declaration of James F. Daloia of Prime Clerk LLC Regarding the Solicitation of Votes and Tabulation of Ballots Cast on the Second Modified Joint Plan of Liquidation of Orchids Paper Products Company and Its Affiliated Debtors [Docket No. 630; Filed; 12/6/2019]

i) Third Amended Combined Disclosure Statement and Chapter 11 Plan of Liquidation of Orchids Paper Products Company, *et al.* [Docket No. 631; Filed: 12/6/2019]

j) [Blackline] Third Amended Combined Disclosure Statement and Chapter 11 Plan of Liquidation of Orchids Paper Products Company, *et al.* [Docket No. 632; Filed: 12/6/2019]

k) Declaration of Richard S. Infantino, Interim Chief Strategy Officer of Orchids Paper Products Company, in Support of Confirmation of the Combined Disclosure Statement and Chapter 11 Plan of Liquidation of Orchids Paper Products Company, *et al.* [Docket No. 633; Filed: 12/6/2019]

l) Debtors' Memorandum of Law in Support of Entry of an Order Confirming the Third Amended Combined Disclosure Statement and Chapter 11 Plan of Liquidation of Orchids Paper Products Company, *et al.* [Docket No. 634; Filed: 12/6/2019]

m) Notice of Filing of *Proposed* Findings of Fact, Conclusions of Law, and Order Confirming the Combined Disclosure Statement and Chapter 11 Plan of Orchids Paper Products Company, *et al.* [Docket No. 635; Filed: 12/6/2019]

71843319.1

Response(s) Received:

    a) Objection of the Securities and Exchange Commission to Interim Approval of the Disclosure in the Combined Chapter 11 Plan of Liquidation and Disclosure Statement of Orchids Paper Products Company, *et al*. [Docket No. 546; Filed: 10/9/2019]

    b) Objection of the United States Trustee to Motion of Debtors for an Order (I) Approving the Adequacy of the Disclosures in the Combined Plan and Disclosure Statement on an Interim Basis, (II) Scheduling the Confirmation hearing and Deadline for Filing Objections, (III) Establishing Procedures for the Solicitation and Tabulation of Votes to Accept or Reject the Combined Plan and Disclosure Statement, (IV) Approving the Form of Ballot and Solicitation Package, and (V) Approving the Notice Provisions [Docket No. 547; Filed: 10/9/2019]

    c) Objection of the Official Committee of Unsecured Creditors to the Debtors' Motion for an Order (I) Approving the Adequacy of the Disclosures in the Combined Plan and Disclosure Statement on an Interim Basis, (II) Scheduling the Confirmation Hearing and Deadline for Filing Objections, (III) Establishing Procedures for the Solicitation and Tabulation of Votes to Accept or Reject the Combined Plan and Disclosure Statement, (IV) Approving the Form of Ballot and Solicitation Package, and (V) Approving the Notice Provisions [Docket No. 555; Filed: 10/11/2019]

    d) Debtors' Omnibus Reply to Objections to the Debtors' Motion for Entry of an Order Granting Interim Approval of Their Disclosure Statement and Approving Related Solicitation Procedures [Docket No. 563; Filed: 10/15/2019]

Status: As detailed on the record at the December 11 hearing, the Debtors and the Official Committee of Unsecured Creditors are working together to reach a consensual resolution and seek to adjourn to a date convenient to the Court.

71843319.1

| | |
|---|---|
| Dated: January 2, 2020<br>Wilmington, Delaware | Respectfully submitted,<br><br>**POLSINELLI PC**<br><br>*/s/ Shanti M. Katona*<br>Christopher A. Ward (Del. Bar No. 3877)<br>Shanti M. Katona (Del. Bar No. 5352)<br>Brenna A. Dolphin (Del. Bar No. 5604)<br>222 Delaware Avenue, Suite 1101<br>Wilmington, Delaware 19801<br>Telephone: (302) 252-0920<br>Facsimile: (302) 252-0921<br><br>-and-<br><br>Jerry L. Switzer, Jr. (Admitted *Pro Hac Vice*)<br>150 N. Riverside Plaza, Suite 3000<br>Chicago, Illinois 60606<br>Telephone: (312) 819-1900<br>Facsimile: (312) 819-1910<br><br>*Counsel to the Debtors and*<br>*Debtors in Possession* |

71843319.1