# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| OPP LIQUIDATING COMPANY, INC. (f/k/a Orchids Paper Products Company), *et al*.,[1] | Case No. 19-10729 (MFW) |
| Debtors. | Jointly Administered |
| | **Hearing Date: February 20, 2020 at 10:30 a.m.** |

## NOTICE OF ADJOURNED CONFIRMATION HEARING

**PLEASE TAKE NOTICE** that the hearing on confirmation of the above-captioned debtors' combined plan and disclosure statement (the "**Confirmation Hearing**") scheduled for January 21, 2020 at 10:30 a.m. has been adjourned to **February 20, 2020 at 10:30 a.m. (ET)**.

**PLEASE TAKE FURTHER NOTICE** that the Confirmation Hearing will be held before the Honorable Mary F. Walrath, at the United States Bankruptcy Court for the District of Delaware, 5th Floor, Courtroom No. 4, 824 Market Street, Wilmington, Delaware 19801.

*[remainder of page intentionally left blank]*

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are OPP Liquidating Company, Inc., a Delaware corporation (6944) (f/k/a Orchids Paper Products Company), OPP Liquidating Company of South Carolina, Inc., a Delaware corporation (7198) (f/k/a Orchids Paper Products Company of South Carolina), and OLSC Liquidating Company, LLC, a South Carolina limited liability company (7298) (f/k/a Orchids Lessor SC, LLC).

72057463.1

Dated: January 21, 2020
      Wilmington, Delaware

Respectfully submitted,

**POLSINELLI PC**

 */s/ Shanti M. Katona*
Christopher A. Ward (Del. Bar No. 3877)
Shanti M. Katona (Del. Bar No. 5352)
Brenna A. Dolphin (Del. Bar No. 5604)
222 Delaware Avenue, Suite 1101
Wilmington, Delaware 19801
Telephone: (302) 252-0920
Facsimile: (302) 252-0921
cward@polsinelli.com
skatona@polsinelli.com
bdolphin@polsinelli.com

-and-

Jerry L. Switzer, Jr. (Admitted *Pro Hac Vice*)
150 N. Riverside Plaza, Suite 3000
Chicago, Illinois 60606
Telephone: (312) 819-1900
Facsimile: (312) 819-1910
jswitzer@polsinelli.com

*Counsel to the Debtors and Debtors in Possession*