IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>OPP LIQUIDATING COMPANY, INC. (f/k/a Orchids Paper Products Company), *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 19-10729 (MFW)<br><br>Jointly Administered |

NOTICE OF (I) ENTRY OF FINDINGS OF FACT, CONCLUSIONS OF
LAW, AND ORDER CONFIRMING THE COMBINED DISCLOSURE
STATEMENT AND CHAPTER 11 PLAN OF LIQUIDATION OF
ORCHIDS PAPER PRODUCTS COMPANY, *ET AL.* AND
<u>(II) EFFECTIVE DATE</u>

**PLEASE TAKE NOTICE** that an order (the "**Confirmation Order**") of the Honorable Mary F. Walrath, United States Bankruptcy Judge for the District of Delaware, confirming and approving the *Combined Plan and Disclosure Statement of Orchids Paper Products Company, et al.* [Docket No. 538, and as amended at Docket Nos. 557, 574, 631, 700, and 710] (including all exhibits thereto and as the same may be amended, modified, or supplemented from time to time, the "**Combined Plan and Disclosure Statement**") was entered on February 24, 2020 [Docket No. 714].

**PLEASE TAKE FURTHER NOTICE** that, all conditions precedent to effectiveness pursuant to Article X of the Combined Plan and Disclosure Statement have been satisfied or waived. Therefore, today, February 28, 2020, is the Effective Date of the Combined Plan and Disclosure Statement.

**PLEASE TAKE FURTHER NOTICE** that the Combined Plan and Disclosure Statement and its provisions are binding on, among others, the Debtors, all Holders of Claims and Interests (irrespective of whether such Claims or Interests are impaired under the Combined Plan and Disclosure Statement or whether the Holders of such Claims have voted to accept or reject the Combined Plan and Disclosure Statement), and any and all non-Debtor parties to executory contracts and unexpired leases with the Debtors, as provided in the Combined Plan and Disclosure Statement.

**PLEASE TAKE FURTHER NOTICE** all final requests for payment of Professional Fee Claims (the "**Final Fee Applications**") must be filed no later than March 30, 2020 (*i.e.*, thirty (30) days after the Effective Date). The procedures for processing Final Fee Applications are set forth in the Combined Plan and Disclosure Statement. If a Professional does not timely

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are OPP Liquidating Company, Inc., a Delaware corporation (6944) (f/k/a Orchids Paper Products Company), OPP Liquidating Company of South Carolina, Inc., a Delaware corporation (7198) (f/k/a Orchids Paper Products Company of South Carolina), and OLSC Liquidating Company, LLC, a South Carolina limited liability company (7298) (f/k/a Orchids Lessor SC, LLC).

72516484.1

submit a Final Fee Application, such Professional shall be forever barred from seeking payment of such Professional Fee Claim from the Debtors, the Post-Effective Date Debtors, or their Estates.

**PLEASE TAKE FURTHER NOTICE** that requests for payment of Administrative Claims (other than Professional Fee Claims) against the Debtors that arose, accrued or otherwise became due and payable at any time on or after April 1, 2019 but on or before the Effective Date (the "**Supplemental Administrative Claims Period**") must be filed with the Bankruptcy Court and served on the Debtors or Post-Effective Date Debtors, as applicable, no later than no later than March 30, 2020 (*i.e.*, thirty (30) days after service of this Effective Date Notice) (the "**Supplemental Administrative Claims Bar Date**"). Holders of Administrative Claims that arose, accrued or otherwise became due during the Supplemental Administrative Claims Period that do not file requests for the allowance and payment thereof on or before the Supplemental Administrative Claims Bar Date shall forever be barred from asserting such Administrative Claims against the Debtors or the Post-Effective Date Debtors. Unless the Debtors, the Post-Effective Date Debtors, or any other party in interest objects to an Administrative Claim, such Administrative Claim shall be deemed Allowed in the amount requested. In the event that the Debtors, the Post-Effective Date Debtors or any other party in interest objects to an Administrative Claim, and the Administrative Claim is not otherwise resolved, the Bankruptcy Court shall determine the Allowed amount of such Administrative Claim.

**PLEASE TAKE FURTHER NOTICE** that as set forth in Article IX of the Combined Plan and Disclosure Statement, all Executory Contracts and Unexpired Leases which have not been assumed are deemed rejected on the Effective Date, effective as of the date of entry of the Confirmation Order. Except as set forth in Article XIV of the Plan, all Executory Contracts and Unexpired Leases of the Debtors have been rejected on the Effective Date. If the rejection by the Debtors, pursuant to the Combined Plan and Disclosure Statement, of an Executory Contract or Unexpired Leases gives rise to a Claim, a Proof of Claim must be filed with Prime Clerk, Inc., the Debtors' claims agent, as follows: (a) by mail, Orchids Paper Products Company Claims Processing Center, c/o Prime Clerk LLC, 850 3rd Avenue, Suite 412, Brooklyn, NY 11232; or (b) online transmission through the Claims Agent's customized, electronic claims platform, https://cases.primeclerk.com/orchidspaper/EPOC-Index, by no later than March 30, 2020 (*i.e.*, thirty (30) days after service of this Effective Date Notice). Please note that the Claims Agent is not permitted to give legal advice. Any Proofs of claim not filed and served within such time periods will be forever barred from assertion against the Debtors, the Post-Effective Date Debtors and their Estates. A proof of claim form may be obtained through the Claims Agent's electronic claims platform, https://cases.primeclerk.com/orchidspaper/EPOC-Index, or from the Bankruptcy Court's website, https://www.uscourts.gov/forms/bankruptcy-forms/proof-claim-0.

**PLEASE TAKE FURTHER NOTICE** that pursuant to Bankruptcy Rule 2002. After the Effective Date, to continue to receive notice pursuant to Bankruptcy Rule 2002, all Creditors and other parties in interest must file a renewed notice of appearance with the Bankruptcy Court requesting receipt of documents pursuant to Bankruptcy Rule 2002.

**PLEASE TAKE FURTHER NOTICE** that copies of the Combined Plan and Disclosure Statement and the Liquidating Trust Agreement can be obtained from Prime Clerk, Inc. by: (a) downloading at no charge through the Case Website

(https://cases.primeclerk.com/orchidspaper/); (b) writing to Prime Clerk, Inc. at orchidspaperinfo@PrimeClerk.com; or (c) by calling toll free at (844) 205-7430 or by calling (347) 576-1552.

| | |
|---|---|
| Dated: February 28, 2020<br>Wilmington, Delaware | **POLSINELLI PC**<br><br>*/s/ Shanti M. Katona*<br>Christopher A. Ward (Del. Bar No. 3877)<br>Shanti M. Katona (Del. Bar No. 5352)<br>222 Delaware Avenue, Suite 1101<br>Wilmington, Delaware 19801<br>Telephone: (302) 252-0920<br>Facsimile: (302) 252-0921<br>cward@polsinelli.com<br>skatona@polsinelli.com<br><br>and<br><br>Jerry L. Switzer, Jr. (Admitted *Pro Hac Vice*)<br>150 N. Riverside Plaza, Suite 3000<br>Chicago, Illinois 60606<br>Telephone: (312) 819-1900<br>Facsimile: (312) 819-1910<br>jswitzer@polsinelli.com<br><br>*Counsel to the Debtors and Debtors in Possession* |