**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| OPP LIQUIDATING COMPANY, INC. | ) | Case No. 19-10729 (MFW) |
| (f/k/a Orchids Paper Products Company), *et al*., | ) | Jointly Administered |
| | ) | |
| Debtors. | ) | **Related to Docket No. 742** |

**SUPPLEMENT TO FINAL FEE APPLICATION OF MONTGOMERY
MCCRACKEN WALKER & RHOADS LLP FOR COMPENSATION FOR
SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS
CO-COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS
FOR THE PERIOD FROM JUNE 3, 2019 THROUGH FEBRUARY 28, 2020**

I, Marc J. Phillips, Esq., a partner at Montgomery McCracken Walker & Rhoads LLP ("MMWR"), co-counsel to the Official Committee of Unsecured Creditors ("Committee") of the above-captioned debtors and debtors-in-possession, hereby certifies as follows:

1. On March 30, 2020, MMWR filed its *Final Fee Application of Montgomery McCracken Walker & Rhoads LLP for Compensation for Services Rendered and Reimbursement of Expenses as Co-Counsel to the Official Committee of Unsecured Creditors for the Period from June 3, 2019 through February 28, 2020* [Docket No. 742] ("Final Fee Application").

2. The Final Fee Application sought approval of fees and expenses through February 28, 2020. The Final Fee Application also included an estimate of $7,000.00 for fees and expenses rendered on behalf of the Committee for the period from February 29, 2020 through April 24, 2020 ("Supplemental Compensation Period"). Accordingly, MMWR submits this supplement ("Supplement") to its Final Fee Application for allowance of compensation for services rendered to the Committee in the amount of $5,567.50 and reimbursement of expenses incurred in the amount of $2,183.37 during the Supplemental Compensation Period. Although the fees and expenses incurred by MMWR during the Supplemental Compensation Period exceed the estimated

amount in the Final Fee Application, MMWR does not seek approval of the fees and expenses in excess of $7,000.00.  The Final Fee Application is specifically incorporated herein.

3.      Attached hereto as Exhibit A is a detailed description of the services rendered and schedule of expenses incurred for MMWR during the Supplemental Compensation Period.

4.      MMWR respectfully requests that the Court approve the fees and expenses set forth in the Final Fee Application and in this Supplement.

Dated: April 24, 2020

**MONTGOMERY McCRACKEN WALKER & RHOADS LLP**

*/s/ Marc J. Phillips*
Marc J. Phillips (No. 4445)
1105 North Market Street
Suite 1500
Wilmington, DE 19801
Telephone:  (302) 504-7823
Facsimile: (302) 504-7820
mphillips@mmwr.com

*Counsel to the Official Committee*
*of Unsecured Creditors*