**IN THE UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re: | Chapter 11 |
|  | Case No.: 19-10729 (MFW) |
| ORCHIDS PAPER COMPANY, *et al.*,[1] | (Jointly Administered) |
| Debtors. | **Re: Docket Nos. 733** |

**NOTICE OF FILING OF SUPPLEMENT TO SEVENTH MONTHLY
AND FINAL FEE APPLICATION OF ALVAREZ & MARSAL NORTH AMERICA,
LLC FOR PAYMENT OF COMPENSATION AND REIMBURSEMENT OF
EXPENSES AS FINANCIAL ADVISOR TO THE OFFICIAL COMMITTEE
OF UNSECURED CREDITORS FOR THE PERIOD FROM
APRIL 18, 2019 THROUGH FEBRUARY 28, 2020**

**PLEASE TAKE NOTICE** that on March 24, 2020, Alvarez & Marsal North America,

LLC ("A&M"), as financial advisor to the Official Committee of Unsecured Creditors, appointed in

the Chapter 11 Cases of Orchids Paper Company, *et al.*, the above captioned debtors and debtors-

in-possession, filed its *Seventh Monthly And Final Fee Application of Alvarez & Marsal North*

*America, LLC For Payment Of Compensation And Reimbursement Of Expenses As Financial*

*Advisor To The Official Committee Of Unsecured Creditors For The Period From April 18, 2019*

*through February 28, 2020* (the "Final Application") [Docket No. 733] with the United States

Bankruptcy Court for the District of Delaware.

**PLEASE TAKE FURTHER NOTICE** that the following exhibits are attached hereto for

the fees incurred with the preparation and prosecution of the Final Application: (i) Exhibit "I" is a

summary of time detail by professional; (ii) Exhibit "J" is a summary of time by project category;

---

1 The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are Orchids Paper Products Company, a Delaware corporation (6944), Orchids Paper Products Company of South Carolina, a Delaware corporation (7198), and Orchids Lessor SC, LLC, a South Carolina limited liability company (7298). The location of the Debtors' mailing address is 201 Summit View Drive, Suite 110, Brentwood, Tennessee 37027.

-1-

and (iii) Exhibit "K" is the itemized daily time records by project category. A&M is only seeking

allowance and approval of fees in the amount of $3,645 in connection with the preparation and

prosecution of the Final Application, a reduction from the estimated fees of $10,000 as set forth in

the Final Application.

Date: April 28, 2020

**ALVAREZ & MARSAL NORTH AMERICA, LLC**

*/s/ Rich Newman*
Rich Newman
540 W. Madison St. Suite 1800
Chicago, IL 60661
Telephone: 312.288.4056
rnewman@alvarezandmarsal.com

*Exhibit I*

*Orchids Paper Products Company, et al.*
*Summary of Time Detail by Professional*
*Incurred after February 28, 2020*

| Professional | Position | Group | Billing Rate | Hours | Fees |
|---|---|---|---|---|---|
| Sean Skinner | Associate | Restructuring | $550 | 1.1 | 605.00 |
| Michael Sullivan | Analyst | Restructuring | $400 | 7.6 | 3,040.00 |
| | | | **Subtotal** | **8.7** | **$3,645.00** |

*Exhibit J*

*Orchids Paper Products Company, et al.*
*Summary of Time Detail by Project Category*
*Incurred after February 28, 2020*

| Project Category | Hours | Fees |
|---|---|---|
| Fee Application | 8.7 | 3,645.00 |
| **Total** | **8.7** | **$3,645.00** |

*Exhibit K*

*Orchids Paper Products Company, et al.*
*Time Detail by Project Category*
*Incurred after February 28, 2020*

| Professional | Date | Hours | Time Description |
|---|---|---|---|
| **Fee Application** | | | |
| Sullivan, Michael | Mar-2 | 0.5 | Prepare final fee application |
| Sullivan, Michael | Mar-13 | 1.3 | Prepare final fee application |
| Sullivan, Michael | Mar-16 | 2.8 | Prepare final fee application |
| Sullivan, Michael | Mar-17 | 2.2 | Prepare final fee application |
| Skinner, Sean | Mar-18 | 1.1 | Review and edit final fee application |
| Sullivan, Michael | Mar-18 | 0.8 | Prepare final fee application |
| **Subtotal** | | **8.7** | |
| **Grand Total** | | **8.7** | |