# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: OPP Liquidating Company, Inc.(f/k/a Orchids Paper Products Company, et al.) }<br>}<br>}<br>}<br>}<br>}<br>DEBTOR. } | CHAPTER 11<br><br>CASE NO. 19-10729 (MFW)<br>(Jointly Administered) |

## DEBTOR'S POST-CONFIRMATION
## QUARTERLY OPERATING REPORT
### FOR THE PERIOD
FROM  July 1, 2020        TO   September 30, 2020

Comes now the above-named debtor and files its Post-Confirmation Quarterly Operating Report in accordance with the Guidelines established by the United States Trustee and FRBP 2015.

In accordance with 28 U.S.C. Section 1746, I declare under penalty of perjury that I have examined the information contained in this report and it is true and correct to the best of my knowledge.

Signed:: _____                Date:   October 14, 2020

Lee E. Buchwald
Print Name

President of Liquidating Trustee, Buchwald Capital Advisors LLC
Title

Debtor's Address
and Phone Number:
OPP Liquidating Trust
c/o Lee E. Buchwald
380 Lexington Avenue, 17th Fl
New York, NY 10168-1799
Tel. 212-551-1040

Attorney's Address
and Phone Number:
Jennifer B. Kimble, Esq.
Lowenstein Sandler LLP
One Lowenstein Drive
Roseland, NJ 07068
Tel: (646) 414- 6918

Note: The original Quarterly Operating Report is to be filed with the Court and a copy simultaneously provided to the United States Trustee. Quarterly Operating Reports must be filed by the 20th day of the month following the reporting period.

# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: OPP Liquidating Company, Inc.(f/k/a Orchids Paper Products Company, et al.) } } } } } } DEBTOR. } | CHAPTER 11<br><br>CASE NO. 19-10729 (MFW)<br>(Jointly Administered) |

## DEBTOR'S POST-CONFIRMATION QUARTERLY OPERATING REPORT
### FOR THE PERIOD
FROM  July 1, 2020    TO  September 30, 2020

Comes now the above-named debtor and files its Post-Confirmation Quarterly Operating Report in accordance with the Guidelines established by the United States Trustee and FRBP 2015.

**In accordance with 28 U.S.C. Section 1746, I declare under penalty of perjury that I have examined the information contained in this report and it is true and correct to the best of my knowledge.**

Signed:: _____     Date: _____

_____
Print Name

_____
Title


Debtor's Address
and Phone Number:
OPP Liquidating Trust
c/o Lee E. Buchwald
380 Lexington Avenue, 17th Fl
New York, NY 10168-1799
Tel. 212-551-1040

Attorney's Address
and Phone Number:
Jennifer B. Kimble, Esq.
Lowenstein Sandler LLP
One Lowenstein Drive
Roseland, NJ 07068
Tel: (646) 414- 6918

Note: The original Quarterly Operating Report is to be filed with the Court and a copy simultaneously provided to the United States Trustee. Quarterly Operating Reports must be filed by the 20th day of the month following the reporting period.

QUARTERLY  
OPERATING REPORT -  
POST CONFIRMATION

ATTACHMENT NO. 1

| QUESTIONNAIRE | YES* | NO |
|---|---|---|
| 1. Have any assets been sold or transferred outside the normal course of business, or outside the Plan of Reorganization during this reporting period? | | X |
| 2. Are any post-confirmation sales or payroll taxes past due? | | X |
| 3. Are any amounts owed to post-confirmation creditors/vendors over 90 days delinquent? | | X |
| 4. Is the Debtor current on all post-confirmation plan payments? | X | |
| | | |

*If the answer to any of the above questions is "YES," provide a detailed explanation of each item on a separate sheet.

| INSURANCE INFORMATION | YES | NO* |
|---|---|---|
| 1. Are real and personal property, vehicle/auto, general liability, fire, theft, worker's compensation, and other necessary insurance coverages in effect? | X | |
| 2. Are all premium payments current? | X | |

*If the answer to any of the above questions is "NO," provide a detailed explanation of each item on a separate sheet.

| CONFIRMATION OF INSURANCE | | | |
|---|---|---|---|
| TYPE of POLICY    and    CARRIER | Period of Coverage | Payment Amount and Frequency | Delinquency Amount |
| Pinnacle Risk Services, Inc. | 2/24/20 - 2/24/21 | $3,113.10 / Annual | $0.00 |
| | | | |
| | | | |
| | | | |
| | | | |

MONTHLY OPERATING REPORT - POST CONFIRMATION

ATTACHMENT NO. 2

## CHAPTER 11 POST-CONFIRMATION
## SCHEDULE OF RECEIPTS AND DISBURSEMENTS

| Case Name: | OPP Liquidating Company, Inc.(f/k/a Orchids Paper Products Company, et al.) |
|---|---|
| Case Number: | 19-10729 (MFW) |
| Date of Plan Confirmation: | 2/24/2020 |

All items must be answered. Any which do not apply should be answered "none" or "N/A".

| | | | Quarter Ended | | | Post Confirmation Total |
|---|---|---|---|---|---|---|
| | | | March 31, 2020 | June 30, 2020 | September 30, 2020 | |
| 1 | CASH (Beginning of Period) | | $ 0 | 822,279.84 | 756,955.63 | 0.00 |
| 2 | INCOME or RECEIPTS during the Period (1) | | $ 828,506.04 | 98,551.15 | 162,072.36 | 1,089,129.55 |
| 3 | DISBURSEMENTS | | | | | |
| a | Operating Expenses (Fees/Taxes): | | | | | |
| | (i) | U.S. Trustee Quarterly Fees | $ | 16,261.13 | 1,625.00 | 17,886.13 |
| | (ii) | Federal Taxes | | | | 0.00 |
| | (iii) | State Taxes | | | | 0.00 |
| | (iv) | Other Taxes | | | | 0.00 |
| | (v) | Inter-account Transfers | 3,113.10 | 81,937.68 | 70,637.55 | 155,688.33 |
| | | | | | | 0.00 |
| b | All Other Operating Expenses: | | $ 3,113.10 | 65,676.55 | 69,012.55 | 137,802.20 |
| | | | | | | |
| 1 | CASH (End of Period) | | $ 822,279.84 | 756,955.63 | 777,752.89 | 777,752.89 |

* This includes any and all disbursements made under the plan of reorganization or in the ordinary course of the reorganized debtor's post-confirmation business, whether the disbursements are made through a trust, by a third party, or by the reorganized debtor.

(1) Included $ 70,637.55 of inter-account transfers

**QUARTERLY OPERATING REPORT - POST CONFIRMATION**  **ATTACHMENT NO. 3**

# CHAPTER 11 POST-CONFIRMATION BANK ACCOUNT RECONCILIATIONS

| Bank Account Information | Account #1 | Account #2 |
|---|---|---|
| Name of Bank: | EastWest Bank | EastWest Bank |
| Account Number: | #5785 | #5778 |
| Purpose of Account (Operating/Payroll/Tax) | Operating Account | Holding Account |
| Type of Account (e.g. checking) | Checking Account | Money Market |
| 1. Balance per Bank Statement | 0.00 | 777,752.89 |
| 2. ADD: Deposits not credited | | |
| 3. SUBTRACT: Outstanding Checks | | |
| 4. Other Reconciling Items | | |
| 5. Month End Balance (Must Agree with Books) | 0.00 | 777,752.89 |

Note: Attach copy of each bank statement and bank reconciliation.

| Investment Account Information Bank / Account Name / Number | Date of Purchase | Type of Instrument |
|---|---|---|
| N/A | N/A | N/A |

Note: Attach copy of each investment account statement.

# EastWestBank Your financial bridge℠

135 N. Los Robles Ave., 6TH FL.
Pasadena, CA 91101

Direct inquiries to:
888 895-5650

ACCOUNT STATEMENT
Page 1 of 2
STARTING DATE: July 01, 2020
ENDING DATE: July 31, 2020
Total days in statement period: 31
5785
( 0)

ORCHIDS PAPER PRODUCTS LIQUIDATING TRUST
MONEY MARKET ACCOUNT
%BUCHWALD CAPITAL ADVISORS LLC
380 LEXINGTON AVE 17TH FL
NEW YORK NY 10168-1799

Access your personal account wherever you go with Mobile Banking! You can receive text alerts whenever a transaction is made or review your balance on your mobile device. Visit eastwestbank.com/mobile or your local branch for details.

## Money Market 6 Check Option

| | | | | |
|---|---|---|---|---|
| Account number | 5785 | Beginning balance | | $756,955.63 |
| Low balance | $742,489.73 | Total additions | (2) | 40,323.80 |
| Average balance | $772,992.52 | Total subtractions | (2) | 15,440.90 |
| Interest paid year to date | $874.89 | Ending balance | | $781,838.53 |

### CREDITS

| Number | Date | Transaction Description | | Additions |
|---|---|---|---|---|
| | 07-10 | Wire Trans-IN | ORCHID PAPER PRODUCTS LIQUIDTNG | 40,225.32 |
| | 07-31 | Interest Credit | | 98.48 |

### DEBITS

| Date | Transaction Description | | | Subtractions |
|---|---|---|---|---|
| 07-06 | Onln Bkg Trfn D | TO ACC | 5778 | -14,465.90 |
| 07-20 | Onln Bkg Trfn D | TO ACC | 5778 | -975.00 |

### DAILY BALANCES

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 06-30 | 756,955.63 | 07-10 | 782,715.05 | 07-31 | 781,838.53 |
| 07-06 | 742,489.73 | 07-20 | 781,740.05 | | |

### INTEREST INFORMATION

| | | | |
|---|---|---|---|
| Annual percentage yield earned | 0.15% | Interest-bearing days | 31 |
| Average balance for APY | $772,992.52 | Interest earned | $98.48 |

**EastWest Bank** Your financial bridge®

135 N. Los Robles Ave., 6TH FL.
Pasadena, CA 91101

ORCHIDS PAPER PRODUCTS LIQUIDATING TRUST

ACCOUNT STATEMENT
Page 2 of 2
STARTING DATE: July 01, 2020
ENDING DATE: July 31, 2020
;5785

**OVERDRAFT/RETURN ITEM FEES**

|  | Total for this period | Total year-to-date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |



**EAST WEST BANK** Your financial bridge®

135 N. Los Robles Ave., 6TH FL.
Pasadena, CA 91101

Direct inquiries to:
888 895-5650

ACCOUNT STATEMENT
Page 1 of 2
STARTING DATE: August 01, 2020
ENDING DATE: August 31, 2020
Total days in statement period: 31
5785
( 0)

ORCHIDS PAPER PRODUCTS LIQUIDATING TRUST
MONEY MARKET ACCOUNT
%BUCHWALD CAPITAL ADVISORS LLC
380 LEXINGTON AVE 17TH FL
NEW YORK NY 10168-1799

Access your personal account wherever you go with Mobile Banking! You can receive text alerts whenever a transaction is made or review your balance on your mobile device. Visit eastwestbank.com/mobile or your local branch for details.

## Money Market 6 Check Option

| | | | | |
|---|---|---|---|---|
| Account number | 5785 | Beginning balance | | $781,838.53 |
| Low balance | $781,838.53 | Total additions | (2) | 18,597.38 |
| Average balance | $786,471.07 | Total subtractions | (1) | 17,555.30 |
| Interest paid year to date | $975.08 | Ending balance | | $782,880.61 |

**CREDITS**

| Number | Date | Transaction Description | | Additions |
|---|---|---|---|---|
| | 08-10 | Wire Trans-IN | ORCHIDS PAPER PROD UCTS LIQUIDTNG | 18,497.19 |
| | 08-31 | Interest Credit | | 100.19 |

**DEBITS**

| Date | Transaction Description | | | Subtractions |
|---|---|---|---|---|
| 08-17 | Onln Bkg Trfn D | TO ACC | •5778 | -17,555.30 |

**DAILY BALANCES**

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 07-31 | 781,838.53 | 08-17 | 782,780.42 | | |
| 08-10 | 800,335.72 | 08-31 | 782,880.61 | | |

**INTEREST INFORMATION**

| | | | |
|---|---|---|---|
| Annual percentage yield earned | 0.15% | Interest-bearing days | 31 |
| Average balance for APY | $786,471.07 | Interest earned | $100.19 |

3409   rev 05-16

Case 19-10729-MFW    Doc 776    Filed 10/19/20    Page 9 of 14


**EASTWEST BANK** Your financial bridge®

135 N. Los Robles Ave., 6TH FL.
Pasadena, CA 91101

ORCHIDS PAPER PRODUCTS LIQUIDATING TRUST

ACCOUNT STATEMENT
Page  2  of  2
STARTING DATE: August 01, 2020
ENDING DATE: August 31, 2020
5785

**OVERDRAFT/RETURN ITEM FEES**

|  | Total for this period | Total year-to-date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

**EASTWEST BANK** Your financial bridge®

135 N. Los Robles Ave., 6TH FL.
Pasadena, CA 91101

Direct inquiries to:
888 895-5650

ACCOUNT STATEMENT
Page 1 of 2
STARTING DATE: September 01, 2020
ENDING DATE: September 30, 2020
Total days in statement period: 30
5785
( 0)

ORCHIDS PAPER PRODUCTS LIQUIDATING TRUST
MONEY MARKET ACCOUNT
%BUCHWALD CAPITAL ADVISORS LLC
380 LEXINGTON AVE 17TH FL
NEW YORK NY 10168-1799

Enjoy the convenience of eStatements! You can receive your statements digitally online instead of waiting for a paper version in the mail. You can also access up to seven years of account history with just a click! Log in to your online banking account to switch today!

## Money Market 6 Check Option

| | | | | |
|---|---|---|---|---|
| Account number | 5785 | Beginning balance | | $782,880.61 |
| Low balance | $777,655.47 | Total additions | (2) | 32,513.63 |
| Average balance | $809,155.78 | Total subtractions | (2) | 37,641.35 |
| Interest paid year to date | $1,072.50 | Ending balance | | $777,752.89 |

### CREDITS

| Number | Date | Transaction Description | | Additions |
|---|---|---|---|---|
| | 09-04 | Wire Trans-IN | ORCHIDS PAPER PRODUCTS | 32,416.21 |
| | 09-30 | Interest Credit | | 97.42 |

### DEBITS

| Date | Transaction Description | | | Subtractions |
|---|---|---|---|---|
| 09-11 | Onln Bkg Trfn D | TO ACC | 15778 | -650.00 |
| 09-29 | Onln Bkg Trfn D | TO ACC | 15778 | -36,991.35 |

### DAILY BALANCES

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 08-31 | 782,880.61 | 09-11 | 814,646.82 | 09-30 | 777,752.89 |
| 09-04 | 815,296.82 | 09-29 | 777,655.47 | | |

### INTEREST INFORMATION

| | | | |
|---|---|---|---|
| Annual percentage yield earned | 0.15% | Interest-bearing days | 30 |
| Average balance for APY | $809,155.78 | Interest earned | $97.42 |

3409   rev 05-16

**EAST WEST BANK** Your financial bridge

135 N. Los Robles Ave., 6TH FL.
Pasadena, CA 91101

ORCHIDS PAPER PRODUCTS LIQUIDATING TRUST

ACCOUNT STATEMENT
Page 2 of 2
STARTING DATE: September 01, 2020
ENDING DATE: September 30, 2020
5785

**OVERDRAFT/RETURN ITEM FEES**

|  | Total for this period | Total year-to-date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

 **EAST WEST BANK** Your financial bridge℠

135 N. Los Robles Ave., 6TH FL.
Pasadena, CA 91101

Direct inquiries to:
888 895-5650

ACCOUNT STATEMENT
Page 1 of 1
STARTING DATE: July 01, 2020
ENDING DATE: July 31, 2020
Total days in statement period: 31
5778
( 0)

ORCHIDS PAPER PRODUCTS LIQUIDATING TRUST
%BUCHWALD CAPITAL ADVISORS LLC
380 LEXINGTON AVENUE 17 FL
NEW YORK NY 10168-1799

Access your personal account wherever you go with Mobile Banking! You can receive text alerts whenever a transaction is made or review your balance on your mobile device. Visit eastwestbank.com/mobile or your local branch for details.

## Standard Business Checking

| | | | | |
|---|---|---|---|---|
| Account number | 5778 | Beginning balance | | $0.00 |
| Low balance | $0.00 | Total additions | (2) | 15,440.90 |
| Average balance | $31.45 | Total subtractions | (4) | 15,440.90 |
| | | Ending balance | | $.00 |

### CREDITS

| Number | Date | Transaction Description | | | Additions |
|---|---|---|---|---|---|
| | 07-06 | Onln Bkg Trlt C | FR ACC | 5785 | 14,465.90 |
| | 07-20 | Onln Bkg Trlt C | FR ACC | .5785 | 975.00 |

### DEBITS

| Date | Transaction Description | | Subtractions |
|---|---|---|---|
| 07-06 | Outgoing Wire | Bederson LLP | 2,893.90 |
| 07-06 | Outgoing Wire | Lowenstein Sandler LLP | 4,862.00 |
| 07-06 | Outgoing Wire | Buchwald Capital A dvisors LLC | 6,710.00 |
| 07-21 | Preauth Debit | QUARTERLY FEE PAYMENT 200721 0000 | 975.00 |

### DAILY BALANCES

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 06-30 | 0.00 | 07-20 | 975.00 | | |
| 07-06 | 0.00 | 07-21 | 0.00 | | |

### OVERDRAFT/RETURN ITEM FEES

| | Total for this period | Total year-to-date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

3409   rev 05-16



EastWest BANK Your financial bridge

135 N. Los Robles Ave., 6TH FL.
Pasadena, CA 91101

Direct inquiries to:
888 895-5650

ACCOUNT STATEMENT
Page 1 of 1
STARTING DATE: August 01, 2020
ENDING DATE: August 31, 2020
Total days in statement period: 31
5778
( 0)

ORCHIDS PAPER PRODUCTS LIQUIDATING TRUST
%BUCHWALD CAPITAL ADVISORS LLC
380 LEXINGTON AVENUE 17 FL
NEW YORK NY 10168-1799

Access your personal account wherever you go with Mobile Banking! You can receive text alerts whenever a transaction is made or review your balance on your mobile device. Visit eastwestbank.com/mobile or your local branch for details.

## Standard Business Checking

| | | | |
|---|---|---|---|
| Account number | 5778 | Beginning balance | $0.00 |
| Low balance | $0.00 | Total additions (1) | 17,555.30 |
| Average balance | $0.00 | Total subtractions (3) | 17,555.30 |
| | | Ending balance | $.00 |

### CREDITS

| Number | Date | Transaction Description | | | Additions |
|---|---|---|---|---|---|
| | 08-17 | Onln Bkg Trft C | FR ACC | 5785 | 17,555.30 |

### DEBITS

| Date | Transaction Description | | Subtractions |
|---|---|---|---|
| 08-17 | Outgoing Wire | Lowenstein Sandler LLP | 740.00 |
| 08-17 | Outgoing Wire | Bederson LLP | 7,322.30 |
| 08-17 | Outgoing Wire | Buchwald Capital Advisors LLC | 9,493.00 |

### DAILY BALANCES

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 07-31 | 0.00 | 08-17 | 0.00 | | |

### OVERDRAFT/RETURN ITEM FEES

| | Total for this period | Total year-to-date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

3409   rev 05-16

**EASTWESTBANK** Your financial bridge℠

135 N. Los Robles Ave., 6TH FL.
Pasadena, CA 91101

Direct inquiries to:
888 895-5650

ACCOUNT STATEMENT
Page 1 of 1
STARTING DATE: September 01, 2020
ENDING DATE: September 30, 2020
Total days in statement period: 30
5778
( 0)

ORCHIDS PAPER PRODUCTS LIQUIDATING TRUST
%BUCHWALD CAPITAL ADVISORS LLC
380 LEXINGTON AVENUE 17 FL
NEW YORK NY 10168-1799

Enjoy the convenience of eStatements! You can receive your statements digitally online instead of waiting for a paper version in the mail. You can also access up to seven years of account history with just a click! Log in to your online banking account to switch today!

## Standard Business Checking

| | | | | |
|---|---|---|---|---|
| Account number | 5778 | Beginning balance | | $0.00 |
| Low balance | $0.00 | Total additions | (2) | 37,641.35 |
| Average balance | $1,298.05 | Total subtractions | (4) | 37,641.35 |
| | | Ending balance | | $.00 |

**CREDITS**

| Number | Date | Transaction Description | | | Additions |
|---|---|---|---|---|---|
| | 09-11 | Onln Bkg Trft C | FR ACC | .5785 | 650.00 |
| | 09-29 | Onln Bkg Trft C | FR ACC | .5785 | 36,991.35 |

**DEBITS**

| Date | Transaction Description | | Subtractions |
|---|---|---|---|
| 09-14 | Preauth Debit | QUARTERLY FEE PAYMENT 200914 0000 | 650.00 |
| 09-30 | Outgoing Wire | Lowenstein Sandler LLP | 2,905.00 |
| 09-30 | Outgoing Wire | Buchwald Capital Advisors LLC | 14,660.25 |
| 09-30 | Outgoing Wire | Bederson LLP | 19,426.10 |

**DAILY BALANCES**

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 08-31 | 0.00 | 09-14 | 0.00 | 09-30 | 0.00 |
| 09-11 | 650.00 | 09-29 | 36,991.35 | | |

**OVERDRAFT/RETURN ITEM FEES**

| | Total for this period | Total year-to-date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |