# Orchids Paper Products Liquidating Company, Inc.
## Case # 19-10729 (MFW)
### Semi Annual Report Required Under Section 7.9 of Liquidating Trust Agreement
### Period Ended June 30, 2021

**East West Bank #5778**

**Beginning Cash Balance:** 0.00

| Date | Description | Amount |
|---|---|---|
| 1/13/2021 | Transfer In from Acct#5785 | 117,153.08 |
| 1/14/2021 | Transfer In from Acct#5785 | 1,000.00 |
| 2/25/2021 | Transfer In from Acct#5785 | 3,113.10 |
| 2/25/2021 | Transfer In from Acct#5785 | 26,898.58 |
| 2/26/2021 | Transfer In from Acct#5785 | 10,285.00 |
| 4/2/2021 | Transfer In from Acct#5785 | 2,000.00 |
| 4/2/2021 | Transfer In from Acct#5785 | 55,087.55 |
| 4/8/2021 | Transfer In from Acct#5785 | 2,275.00 |
| 4/29/2021 | Transfer In from Acct#5785 | 31,654.20 |
| 5/28/2021 | Transfer In from Acct#5785 | 15,000.00 |
| 6/29/2021 | Transfer In from Acct#5785 | 25,965.30 |
| 1/13/2021 | Lowenstein Sandler LLP | (16,133.98) |
| 1/13/2021 | Montgomery, McCracken, W &R, LLP | (23,359.90) |
| 1/13/2021 | Bederson LLP | (32,944.20) |
| 1/13/2021 | Buchwald Capital Advisors LLC | (44,715.00) |
| 1/15/2021 | U.S. Trustee Fees | (975.00) |
| 2/25/2021 | Pinnacle Risk Services, Inc. | (3,113.10) |
| 2/26/2021 | Lowenstein Sandler LLP | (5,329.00) |
| 2/26/2021 | Buchwald Capital Advisors LLC | (10,285.00) |
| 2/26/2021 | Montgomery, McCracken, W &R, LLP | (21,550.58) |
| 4/2/2021 | Lowenstein Sandler LLP | (6,943.00) |
| 4/2/2021 | Buchwald Capital Advisors LLC | (15,015.00) |
| 4/2/2021 | Bederson LLP | (17,343.65) |
| 4/2/2021 | Montgomery, McCracken, W &R, LLP | (17,770.90) |
| 4/9/2021 | U.S. Trustee Fees | (2,275.00) |
| 4/29/2021 | Bederson LLP | (4,138.20) |
| 4/29/2021 | Lowenstein Sandler LLP | (8,268.00) |
| 4/29/2021 | Montgomery, McCracken, W &R, LLP | (8,802.00) |
| 4/29/2021 | Buchwald Capital Advisors LLC | (10,505.00) |
| 5/28/2021 | Lowenstein Sandler LLP | (1,431.00) |
| 5/28/2021 | Bederson LLP | (1,805.20) |
| 5/28/2021 | Montgomery, McCracken, W &R, LLP | (3,870.00) |
| 5/28/2021 | Buchwald Capital Advisors LLC | (7,370.00) |
| 6/29/2021 | Montgomery, McCracken, W &R, LLP | (4,392.50) |
| 6/29/2021 | Lowenstein Sandler LLP | (4,420.50) |
| 6/29/2021 | Bederson LLP | (6,042.30) |
| 6/29/2021 | Buchwald Capital Advisors LLC | (11,110.00) |

**Ending Cash** 523.80

## Orchids Paper Products Liquidating Company, Inc.
### Case # 19-10729 (MFW)
### Semi Annual Report Required Under Section 7.9 of Liquidating Trust Agreement
### Period Ended June 30, 2021

**East West Bank #5785**

| | | |
|---|---|---:|
| Beginning Cash Balance: | | 795,057.71 |
| 1/31/2021 | Interest Income | 58.31 |
| 2/12/2021 | Proceeds from Escrow | 46,663.79 |
| 2/28/2021 | Interest Income | 51.01 |
| 3/5/2021 | Proceeds from Escrow | 1,248.66 |
| 3/31/2021 | Interest Income | 55.22 |
| 4/8/2021 | Proceeds from Escrow | 15,628.98 |
| 4/30/2021 | Interest Income | 49.79 |
| 5/7/2021 | Proceeds from Escrow | 53,707.43 |
| 5/31/2021 | Interest Income | 35.41 |
| 6/8/2021 | Proceeds from Escrow | 7,584.00 |
| 6/30/2021 | Interest Income | 26.81 |
| 1/13/2021 | Transfer to Acct 55-00015778 | (117,153.08) |
| 1/14/2021 | Transfer to Acct 55-00015778 | (1,000.00) |
| 2/25/2021 | Transfer to Acct 55-00015778 | (3,113.10) |
| 2/25/2021 | Transfer to Acct 55-00015778 | (26,898.58) |
| 2/26/2021 | Transfer to Acct 55-00015778 | (10,285.00) |
| 4/2/2021 | Transfer to Acct 55-00015778 | (2,000.00) |
| 4/2/2021 | Transfer to Acct 55-00015778 | (55,087.55) |
| 4/8/2021 | Transfer to Acct 55-00015778 | (2,275.00) |
| 4/29/2021 | Transfer to Acct 55-00015778 | (31,654.20) |
| 5/28/2021 | Transfer to Acct 55-00015778 | (15,000.00) |
| 6/29/2021 | Transfer to Acct 55-00015778 | (25,965.30) |
| **Ending Cash** | | **629,735.31** |
| All Available Trust Cash Disbursed To Beneficiaries | | - |
| **Ending Cash at 6/30/21** | | **629,735.31** |
| All Fees, Income, and Expenses Related to the Trust during the preceding calendar year | | - |

Name/Title: Lee E. Buchwald
President of Buchwald Capital Advisors LLC,
Liquidating Trustee

Date: July 20, 2021