UNITED STATES BANKRUPTCY COURT
District of Delaware

| | |
|---|---|
| In re | ) Chapter 11 |
| | ) |
| Orchids Paper Products Company | ) Case No. 19-10729 |
| | ) |
| | ) (Jointly Administered) |
| Debtors. | ) |

## NOTICE OF ADDRESS CHANGE

PLEASE TAKE NOTICE that CRG Financial LLC, a creditor in the above-referenced cases of the above-captioned debtors (the "Debtors"), directs the Debtors and their representatives (including the claims and distribution agent appointed in these cases) to change its address for the purpose of administering its claims (as scheduled by the Debtors), and hereby requests that the services of any pleadings, notices, correspondence, ballots and distributions relating to such claims be sent to the New Address set forth below, effective as of the date hereof.

| Former Address | New Address |
|---|---|
| CRG Financial LLC | CRG Financial LLC |
| 100 Union Avenue, Suite 240 | 84 Herbert Avenue, Building B – Suite 202 |
| Cresskill, NJ 07626 | Closter, NJ 07624 |

Dated: Wednesday, November 16, 2022

Respectfully submitted,

*Lauren Lamendola*

Lauren Lamendola
CRG Financial LLC
84 Herbert Avenue,
Building B- Suite 202
Closter, NJ 07624